**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**THE UNIVERSITY OF FLORIDA**
**COLLEGE REPUBLICANS,**

   *Plaintiff,*

v.          Case No.: 1:26cv63-MW/MJF

**DONALD LANDRY, President of**
**the UNIVERSITY OF FLORIDA, in his**
**official capacity,**

   *Defendant.*

_____/

**<u>NOTICE REGARDING REQUEST FOR RELIEF</u>**

Pending before this court is Plaintiff's Emergency Verified Complaint, ECF No. 1, which seeks, among other forms of relief, a preliminary injunction. Inasmuch as Plaintiff intends to pursue a preliminary injunction, it must file a motion upon which this Court may act.

In so stating, this Court is not suggesting or requesting that Plaintiff should or must file such a motion. However, in the past, other plaintiffs have incorrectly assumed that this Court would act on a request for relief included in a complaint, rather than in a motion. Accordingly, this Court will take no action toward considering preliminary injunctive relief in this case unless and until a motion is filed.

Again, this Order is merely for clarification and should not be construed as any sort of admonition or direction.

**SO ORDERED on March 17, 2026.**

s/Mark E. Walker
**United States District Judge**