THE UNIVERSITY OF FLORIDA
COLLEGE REPUBLICANS,

      *Plaintiff,*

v.                          **Case No.:  1:26cv63-MW/MJF**

DONALD LANDRY, President of
the UNIVERSITY OF FLORIDA, in his
official capacity,

      *Defendant.*

_____/

## ORDER SETTING CONFERENCE SCHEDULE

Pending before this court are Plaintiff's Complaint, ECF No. 1, and Plaintiff's Emergency Motion for Preliminary Injunction, ECF No. 7. In order to promote the orderly and prompt resolution of this matter,

**IT IS ORDERED:**

1.     Plaintiff shall serve Defendant with a copy of this Order, the Complaint, and the Motion for Preliminary Injunction before noon, 12:00 p.m. (ET) on **Tuesday, March 24, 2026,** so the parties can confer prior to the scheduling conference.

2.     The attorneys for all parties must confer prior to the scheduling conference in a good faith effort to reach agreement on the scheduling of a hearing on the request for preliminary injunction and on other procedural and substantive

issues relating to the motion, including briefing deadlines for the parties' responses and replies, if any, the need for live testimony, and the admissibility of declarations.

3. The parties shall file a proposed briefing schedule with respect to the motion for preliminary injunction by **Thursday, March 26, 2026**. The parties should refer to ECF No. 26 in Case No.: 1:23cv111-MW/HTC as a template for the information to include in their proposed briefing schedule.

4. The Clerk shall set this matter for a telephonic scheduling conference **on Friday, March 27, 2026, at 11:00 a.m. (ET).**

**SO ORDERED on March 18, 2026.**

**s/Mark E. Walker**
**United States District Judge**