**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

THE UNIVERSITY OF FLORIDA
COLLEGE REPUBLICANS,

     Plaintiff,

v.                                  CASE NO.: 1:26-cv-00063

DONALD LANDRY, President
of the UNIVERSITY OF FLORIDA,
in his official capacity,

     Defendant.
_____/

**<u>NOTICE OF APPEARANCE OF CO-COUNSEL</u>**

PLEASE TAKE NOTICE that undersigned attorney, **Gavin Rollins**, hereby appears as co-counsel for Plaintiff, **The University of Florida College Republicans**, in the above-styled action, and requests that he be served with all notices, pleadings, motions, orders, and other papers filed in this matter.

                                      Respectfully submitted,

                                      */s/ Gavin B. Rollins*
                                      GAVIN B. ROLLINS, ESQ.
                                      FL BAR No. 1064417
                                      gavin@sabatinilegal.com
                                      SABATINI LAW FIRM, P.A.
                                      1601 E. 1st AVENUE
                                      MOUNT DORA, FL 32757
                                      T: (352)-328-4892

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 18, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I will promptly provide notice of this emergency filing as required by Local Rule 7.1(L), and that service will be made on Defendant in accordance with applicable law and the Federal Rules of Civil Procedure.

*/s/ Gavin B. Rollins*
Attorney