**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNIVERSITY OF FLORIDA COLLEGE
REPUBLICANS,

        *Plaintiff*,

  v.

DONALD LANDRY, President of
the University of Florida, in his
official capacity,

        *Defendant*.

No.: 1:26-cv-00063-MW-MJF

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of the undersigned, a member in good standing of the bar of this Court, as counsel of record for the Defendant in this matter.

Respectfully submitted,

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
D.C. Bar No. 453423
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
cbartolomucci@schaerr-jaffe.com

*Counsel for Defendant*

Dated: March 18, 2026