# United States District Court
## CIVIL MINUTES - GENERAL

Date: March 30, 2026                                  Case No.: 1:26cv63-MW
Time: 11:08 a.m. – 11:15 a.m.

### UNIVERSITY OF FLORIDA COLLEGE REPUBLICANS v. DONALD LANDRY

DOCKET ENTRY: Telephonic Status Conference held.  Deadlines discussed. Currently scheduled for a Telephonic Preliminary Injunction Hearing set on 4/21/2026 at 9:00 a.m.

PRESENT:   **MARK E. WALKER, U. S. DISTRICT JUDGE**

Kimberly Westphal                    Megan Hague
Deputy Clerk                         Court Reporter

ATTORNEY APPEARING FOR PLAINTIFF:
Anthony Sabatini

ATTORNEY APPEARING FOR DEFENDANT:
Christopher Bartolomucci