**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNIVERSITY OF FLORIDA COLLEGE
REPUBLICANS,

*Plaintiff*,

v.

DONALD LANDRY, President of the
University of Florida, in his official
capacity,

*Defendant*.

No.: 1:26-cv-00063-MW-MJF

## <u>DECLARATION OF JAMES TYGER</u>

1.    I am Dr. James Tyger, Assistant Vice President for Student Life at the

University of Florida ("UF").

2.    I earned a J.D. from UF's Levin College of Law in 2010 and a Ph.D. in

Higher Education Administration from UF in 2020. I also received a Master of

Education degree from Vanderbilt University and a Bachelor of Science degree in

Human Resources Management from Virginia Tech.

3.    I am submitting this declaration in connection with Defendant's

opposition to Plaintiff's motion for a preliminary injunction.

4.    Until recently, Plaintiff was a registered student organization, or RSO,

at UF. Last month, however, UF made the decision to deactivate Plaintiff as an RSO.

UF did so because it had been informed by the Florida Federation of College

Republicans ("FFCR")—an organization with permission from the Republican Party of Florida to use the name of that political party—that FFCR had revoked Plaintiff's charter as a local chapter of FFCR. And, under UF's rules, an RSO may be deactivated if its parent organization revokes its charter.

5.     The deactivation of Plaintiff as an RSO at UF was necessary because, without a charter from FFCR, Plaintiff had no legal authority to use the name of a political party. Under Florida law, no "club, group, association, or organization of any kind" may use the name of a political party without the written permission of the party's state executive committee. *See* § 103.081(2), Fla. Stat. While FFCR has such permission, Plaintiff does not. Under UF's rules, an RSO is subject to deactivation for violation of state law, and once FFCR revoked Plaintiff's charter, UF could not support Plaintiff's violation of Florida law by maintaining its status as an RSO.

6.     After its deactivation, Plaintiff stated that it is affiliated, not with FFCR, but with another organization, College Republicans of America ("CRA"). Plaintiff has not, however, provided any evidence that this organization is authorized to use the name of the Republican Party. Thus, this new affiliation does not enable UF to maintain Plaintiff's registration under the College Republican name.

**Registered Student Organizations at UF**

7.      UF permits and encourages student groups to register as RSOs. UF does not, however, require campus groups to register. Although non-registered groups do not receive the benefits of RSO status, they may use campus facilities and engage in expressive activities on campus.

8.      UF has rules and policies governing RSOs, including the registration process and registration requirements. The UF office known as Student Engagement assists student organizations and ensures compliance with UF's rules and policies.

9.      The Student Organization Resource Guide published by Student Engagement provides in part as follows:

> **REGULATIONS AND EXPECTATIONS**
>
> Each registered student organization's purposes and activities shall comply with applicable provisions of the United States Constitution, federal laws, the Constitution of the State of Florida, state laws, rules and regulations of the Board of Governors, the University of Florida Board of Trustees, University of Florida, and the University of Florida Student Conduct Code, and the purposes set forth in the Student Body Constitution, and the constitution of the Student organization. The student organization and its officers are responsible and accountable for all actions of the organization. Any violation of law, Board of Governors' rules and regulations, University of Florida Board of Trustees rules and regulations, or University of Florida rules shall be considered as offenses committed by the organization.

\* \* \*

3

**DEACTIVATION**

AN ORGANIZATION'S REGISTRATION MAY BE SUSPENDED BY STUDENT ENGAGEMENT FOR ANY ONE OR MORE OF THE FOLLOWING REASONS:

**a.** Violation of University statutes, rules, policies, and procedures, and/or state, federal, or local law.

\* \* \*

**d.** The national, regional, or state organization revokes organization's charter or denies affiliation.

**e.** Non-compliance with organization registration procedures and constitution requirements.

\* \* \*

Student Engagement, UF, *Student Organization Resource Guide* 15, 17 (updated Sep. 26, 2025). A copy of the *Student Organization Resource Guide* is attached as Exhibit A.

**UF deactivates the Plaintiff after FFCR revokes its charter**

10.    In early March 2026, the Chair of FFCR, Angel Aguilar, contacted Student Engagement. He identified FFCR as the parent organization of Plaintiff.

11.    In a March 4, 2026 email, Mr. Aguilar advised UF that FFCR's board had decided "to disaffiliate the University of Florida College Republicans and revoke the chapter's charter." A copy of that email is attached as Exhibit B. Mr. Aguilar provided a document showing that, on February 15, 2026, the FFCR board had voted "to dissolve the current University of Florida College Republicans

chapter[.]" FFCR, Official Motion for Review by the Republican Party of Florida (unanimous vote of FFCR Board, Feb. 15, 2026), attached as Exhibit C.

12.     Explaining FFCR's decision, Mr. Aguilar attached to his March 4 email a document, titled "Summary of Concerns & Requested Action: UF College Republicans," that stated that Plaintiff or one or more of its members had engaged in "a sustained pattern of unprofessional, discriminatory, extremist, and threatening conduct by the UF College Republicans in a University of Florida affiliated student group chat, including the promotion of Nazi rhetoric, antisemitic and homophobic remarks, public admiration for extremist figures such as Nick Fuentes, and advocacy for anti-democratic and exclusionary ideologies such as a white Christian nationalism." A copy of that document is attached as Exhibit D.

13.     Mr. Aguilar also attached, among other things, a photograph allegedly showing a member of Plaintiff and another person performing a Nazi-style salute. A copy of that photograph is attached as Exhibit E.

14.     In a subsequent email sent on March 13, 2026, at 8:01 am, Mr. Aguilar told UF that "chapters may only use the College Republicans name if they are officially chartered by the Florida Federation of College Republicans (FFCR), which

serves as the recognized collegiate auxiliary of the Republican Party of Florida (RPOF)." A copy of the email is attached as Exhibit F.

15.    Attached to his email, Mr. Aguilar provided a copy of a Charter granted to FFCR by the Republican Party of Florida for the period March 18, 2025, to March 31, 2027. A copy of that charter is attached as Exhibit G.

16.    Mr. Aguilar also attached a copy of the Republican Party of Florida's Party Rules of Procedure, as approved by the State Executive Committee on January 10, 2026. The relevant portions of the Rules are attached as Exhibit H.

17.    Rule 1, captioned "Chartering Process for Republican Clubs," states: "No person or group of persons may use the name, abbreviations, or symbols of the Republican Party in connection with any club, group, association, or organization of any kind unless approval and permission have been given by the Republican Party of Florida in the form of a written charter issued under this Rule." Party Rules of Procedure, Rule 1(A)(1) (Ex. H).

18.    On March 13, 2026, at 6:54 pm, Student Engagement sent an email to Plaintiff informing it of its deactivation. The email stated:

> This email serves as notice that the active registered status of College Republicans has been deactivated in GatorConnect. This follows notification to our office that the Florida Federation of College Republicans (FFCR), the recognized collegiate auxiliary of the Republican Party of Florida (RPOF), passed a motion to dissolve and reorganize the College Republicans chapter.

6

> Based on this notification regarding the status of the chapter within its governing organization, the group has been listed as inactive in GatorConnect.
>
> If your organization wishes to appeal this decision, you may do so by submitting a written appeal to seorganizations@ufsa.ufl.edu. Appeals must be submitted within five (5) class days of the date of this email.
>
> Please let our office know if you have any questions.

A copy of that email is attached as Exhibit I.

19.   UF's decision to deactivate Plaintiff was based on its rule that "An organization's registration may be suspended by Student Engagement for any one or more of the following reasons: … d. The national, regional, or state organization revokes organization's charter or denies affiliation." Student Organization Resource Guide 17 (Ex. A).

20.   The deactivation decision was also based on UF's rule that an organization's registration may be suspended for "a. Violation of University statutes, rules, policies, and procedures, and/or state, federal, or local law." *Id*.

21.   On March 14, 2026, UF issued a public statement about the Plaintiff's deactivation. The statement read:

> The University of Florida was recently informed by the Florida Federation of College Republicans (FFCR) that it has disbanded the local chapter of College Republicans (the Local CR). This request is based on the FFCR's findings that some Local CR members engaged in a pattern of conduct that violated its rules and values, including a recent antisemitic gesture. The FFCR

7

also requested that the university deactivate the Local CR as a registered student organization while it looks to reorganize and pursue reinstatement under new student leadership.

The University of Florida has emphatically supported its Jewish community and remains committed to preventing and addressing antisemitism and other forms of discrimination and harassment that are threatening and disruptive to our students and to the teaching, research and expressive activities of the campus community. The university also supports the rights of organizations, such as the FFCR, to take decisive action in addressing conduct that is antithetical to its principles.

In compliance with its policies, the University of Florida is in the process of deactivating the Local CR as a registered student organization. When the FFCR is ready, the university will also assist it with reactivating the Local CR under new student leadership.

**MESSAGE FROM PRESIDENT LANDRY**

*Interim President*

March 14, 2026

The University of Florida was recently informed by the Florida Federation of College Republicans (FFCR) that it has disbanded the local chapter of College Republicans (the Local CR). This request is based on the FFCR's findings that some Local CR members engaged in a pattern of conduct that violated its rules and values, including a recent antisemitic gesture. The FFCR also requested that the university deactivate the Local CR as a registered student organization while it looks to reorganize and pursue reinstatement under new student leadership.

The University of Florida has emphatically supported its Jewish community and remains committed to preventing and addressing antisemitism and other forms of discrimination and harassment that are threatening and disruptive to our students and to the teaching, research and expressive activities of the campus community. The university also supports the rights of organizations, such as the FFCR, to take decisive action in addressing conduct that is antithetical to its principles.

In compliance with its policies, the University of Florida is in the process of deactivating the Local CR as a registered student organization. When the FFCR is ready, the university will also assist it with reactivating the Local CR under new student leadership.

A copy of the public statement is attached as Exhibit J.

22.     After the deactivation decision, Mr. Aguilar provided to UF a "letter of recognition," dated August 21, 2025, from FFCR to Student Engagement that "formally affiliate[d]" Plaintiff with FFCR. A copy of that letter is attached as Exhibit K. This letter, too, supports UF's understanding that FFCR's affiliation with Plaintiff allowed the latter to use the name of the Florida Republican Party

23.     In a March 14, 2026 post on Instagram, Plaintiff stated that FFCR is "an organization that we are not a part of that has no authority over our chapter. We are proud members of a different organization, @uscollegegop." The post also stated "WE ARE NOT GOING ANYWHERE."



A copy of Plaintiff's Instagram post is attached as Exhibit L.

24.    The organization referenced in the post, CRA, announced Plaintiff as a new chapter in a March 2, 2026 Instagram post.



A copy of CRA's post is attached as Exhibit M.

25.    CRA's website indicates that it has one chapter in Florida, at Saint Leo's University. A copy of the relevant portions of CRA's website are attached as Exhibit N.

26.    On March 14, 2026, Plaintiff appealed the deactivation decision. A copy of Plaintiff's appeal is attached as Exhibit O.

27.    On April 1, 2026, I made the determination on behalf of UF to deny Plaintiff's appeal. A copy of the Appeal Determination and accompanying email is attached as Exhibit P.

11

28.   Records possessed by Student Engagement are consistent with the view that, at least in years past, Plaintiff was a chapter of the FFCR. A draft constitution from 2017 referred to Plaintiff as "the University of Florida College Republicans Chapter." A copy of the 2017 draft constitution is attached as Exhibit Q. *See* Ex. Q at 1 ("This is the Constitution of the University of Florida College Republicans Chapter."). The draft constitution also referred to the Political Director as being the officer "responsible for maintaining a healthy relationship with … Florida Federation of College Republicans." Ex. Q at 2 (Art. VI, Part 3).

29.   In addition, Plaintiff's registration forms from 2021 and 2022, under the heading "Signature Events and Activities," refer to "Florida Federation of College Republican Quarterly Conferences throughout the state." Copies of these registration forms are attached as Exhibits R and S. *See* Ex. R at 3 ("Signature Events and Activities" section); Ex. S at 3 (same). These documents, Exhibits Q, R, and S, contribute to Student Engagement's understanding that, in the past, Plaintiff sought registration as a local chapter of FFCR and was registered as an RSO on that basis.

30.   UF has not received from Plaintiff any evidence that the Republican Party of Florida has given permission to CRA or its chapters to use the party's name in Florida. CRA's website implies that the Florida Republican Party has not given such permission. *See* Will Donahue, *Nine State Federations Charter with College Republicans of America in Historic Independence Day Realignment,* College

Republicans of America (July 4, 2025), https://www.uscollegegop.com/news/july-4-2025.

31.     Plaintiff is not the only student organization UF has deactivated based on the revocation of its charter by its national parent organization. For example, a fraternity recently notified UF that it had suspended the charter of its local chapter at UF. UF placed the local chapter in inactive status.

32.     Although Plaintiff has been deactivated, its presence and activities on campus have continued. Plaintiff's X account states: "Meetings Every Tuesday 6:30pm." *See* Exhibit T. On March 24, 2026, Plaintiff held a meeting at the Reitz Union after reserving the space and paying the applicable fee of $175. A March 25, 2026 post on Plaintiff's X account stated: "Thanks so much for an awesome first meeting as a 'disbanded' organization! There is nothing that will stop us from motivating and empowering the next generation of conservative leaders." *See* Exhibit U. The post notes that a donor covered the fee for the room. *Id*. Plaintiff also held a meeting at Reitz on March 31, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 3, 2026.

James Tyger

# EXHIBIT A



# STUDENT ORGANIZATION RESOURCE GUIDE

*UPDATED 09/26/2025*



**UF STUDENT ENGAGEMENT**
STUDENT LIFE | UNIVERSITY OF FLORIDA

# TABLE OF CONTENTS

STUDENT ENGAGEMENT ......................................... 3
STUDENT ORGANIZATION REGISTRATION .................. 4
    Authority for Registration ........................................ 4
    Benefits of Becoming a Registered Organization ....... 4
    Organization Requirements ...................................... 4
    Types of Organizations ........................................... 5
    Registration Process .............................................. 6
    Constitution ......................................................... 6
    Officer Eligibility .................................................. 7
    Student Organization Training .................................. 8
STUDENT ORGANIZATION ADVISORS ...................... 9
    About Student Organization Advisors ....................... 9
    Who Can Be An Advisor? ........................................ 9
    Resources Available to Advisors ............................... 9
FINANCES ......................................................... 10
    Student Government Finance .................................. 10
    Student Organization Banking ................................ 11
    Fundraising ........................................................ 11
    Solicitation ......................................................... 12
ORGANIZATION MANAGEMENT ............................ 13
    Managing Your Organization .................................. 13
    Ethics ................................................................ 13
REGULATIONS AND EXPECTATIONS ....................... 15
    Nondiscrimination ............................................... 15
    Sexual Harassment .............................................. 15
    Hazing ............................................................... 16
    Responsibility to Report ....................................... 16
    Americans With Disabilities Act .............................. 17
    Student Organizations at UF Athletic Events ............. 17
    Computing Policies .............................................. 17
    Deactiviation ...................................................... 17
EVENT PLANNING .............................................. 18
    Planning an Event ................................................ 18
    Event Permitting ................................................. 18
    Types of Events ................................................... 19
    Use of Facilities .................................................. 19
    Co-Sponsorships ................................................. 19
    Contracts ........................................................... 20
    Advertising ......................................................... 21
EVENT POLICIES ............................................... 22
    Alcohol Policy ..................................................... 22
    Amplified Sound .................................................. 22
    Tents ................................................................. 22
    Banners ............................................................. 22
    Fireworks and Pyrotechnics ................................... 22
    Event Co-Sponsorships ......................................... 23
    Copyrighted Material ........................................... 23
    Food Service on Campus ....................................... 23
    Use of Live Animals ............................................. 23
    Walks/Runs ........................................................ 24
    Working with Minors/Youths .................................. 24
    Tabling .............................................................. 24
EVENT LIABILITY .............................................. 25
    Risk Management and Your Organization .................. 25
    Insurance ........................................................... 25
    Security ............................................................. 26
    Misrepresentation/Fronting ................................... 26
TRAVEL AND YOUR ORGANIZATION ...................... 27

# STUDENT Engagement

Student Engagement is cultivates meaningful co-curricular experiences that help all Gators build community, develop essential skills, and prepare for lifelong success.

**This guide is a useful tool for student organization leaders and members, and is intended to be resource only.**

**Student Engagement**
3000 J. Wayne Reitz Union
352.392.1671 | studentengagement@ufsa.ufl.edu

**Monday-Thursday:** 8:00am - 8:00pm
**Friday:** 8:00am - 5:00pm
**Saturday:** CLOSED
**Sunday:** 12 pm - 5 pm

Student Engagement: studentengagement.ufl.edu
GatorConnect: orgs.studentinvolvement.ufl.edu



# STUDENT ORGANIZATION REGISTRATION

## AUTHORITY FOR REGISTRATION

1. The University reserves the right to register all student organizations. Student Engagement serves as the University registrant of all student organizations and maintains current information on each registered student organization, its officers or authorized representatives, its purpose and its advisor.

2. It is the policy of the University of Florida that registered student organizations shall be in full compliance with all federal and state nondiscrimination and equal opportunity laws, orders and regulations. Student organizations registered at UF may not practice any discrimination against a member or prospective member on the basis of race, color, religion, sex, national origin, ancestry, age, marital status, disability, unfavorable discharge from the military, or status as a disabled veteran of the Vietnam era, except specifically exempted by law. Discrimination based on sexual orientation is prohibited by University policy, but not by law. (Please refer to the University Non-discrimination Policy for more information).

3. The responsibility for establishing and enforcing policy concerning organizations and activities, including the requirement that they function in accordance with their constitutions, is vested in Student Engagement (UF Policy Number 16-003). All student organizations are subject to the rules and regulations governing the University, including, but not limited to the Student Honor Code and Student Conduct Code. Information from the Student Codes are used and referred to throughout this guide. Student Engagement strongly recommends that all student leaders and student organizations become familiar with the sections of Chapter 4 of the Florida Regulations that refer to student organizations within Student Life.

4. A student wanting to contact an organization can readily find that information at Student Engagement or in the Student Organization listing which is available online through GatorConnect.

## BENEFITS OF BECOMING A REGISTERED STUDENT ORGANIZATION (RSO)

1. Regular use of university facilities: buildings, grounds, services (some may have fees for use)
2. Eligible to apply for office, and/or storage space in the J. Wayne Reitz Union if criteria is met
3. Eligible to request funds from Student Government if SG policies and criteria are met
4. Eligible to apply for Catering Grant for certain permitted events
5. Eligible to apply for Homecoming Parade Grant
6. Eligible to participate in Student Engagement Student Organization Fairs
7. Eligible to request to hang flyers in Student Engagement managed JWRU Bulletin Boards
8. Eligible to request to use Student Engagement managed collaboration rooms, if criteria is met
9. Eligible to participate in Student Engagement's Involvement Awards
10. Access to Student Engagement staff and resources and leadership training provided by Student Engagement
11. Access to Student Government Graphics & Copy Center Services

## ORGANIZATION REQUIREMENTS

**To remain active and have access to RSO Benefits, each Registered Student Organization (RSO) must:**
- Have a minimum of ten (10) members including an eligible President, Vice President,Treasurer and a fourth officer
- An Student Engagement approved constitution
- An eligible student organization advisor
- Complete the annual registration process through GatorConnect
- Complete all training requirements successfully
- **NOTE:** RSOs are also required to follow University policies related to Non-Discrimination, Hazing, and Sexual Harassment

## TYPES OF ORGANIZATIONS

Student Engagement may place student organizations into the most appropriate "type," and "category" based on the RSOs relationship to the University of Florida, its registration status, and campus activities:

1. **ACTIVITY AND SERVICE FEE SUPPORTED (ASFS):** Student organizations that are allocated Student Government funding, with approval by the Student Government Finance Manager, will be registered in this category. Membership and Leadership in ASFS organizations must be open to all enrolled students at the University of Florida. Leadership for the organization must be voted on by the entire membership of the RSO.

2. **GENERAL (RSO):** The majority of organizations at UF fall into this category. These organizations are formed by any group of students currently enrolled at UF sharing a common interest and/or goal, and are entirely student-run.

3. **AFFILIATED COLLEGIATE PROGRAM VENDOR:** UF may choose to contract with a GRSO to provide services to a CDU as a part of a recognized program that is affiliated with reputable collegiate student experiences. To qualify, the program must be designated by the Community & Belonging as an "Affiliated Collegiate Program," and the GRSO must share the mission of the CDU and be chosen by the CDU to provide a service as a vendor ("Affiliated Collegiate Program Vendor")

4. **SOCIAL SORORITY/FRATERNITY (SSF):** Social sororities and fraternities are self-supporting organizations. Most social sororities and fraternities are single-sex organizations. While social sororities and fraternities may not discriminate on the basis of age, color, creed, handicap, inter/national origin, race, religion, or sexual orientation, University policy and Title IX of the Education Amendments of 1972 do permit their selection of members on the basis of sex. Social sororities and fraternities are responsible for abiding by the policies, regulations and procedures of the University, as well as their Inter/National office, Sorority and Fraternity Life (SFL), and their governing council if they are to maintain their rights as a registered student organization. No social sorority or fraternity may exist at the University without approval from the SFL Officer. Social Sororities and Fraternities are not eligible to receive funding from Student Government.

5. **SPONSORED (SPON):** This category of student organizations consists of groups that serve as a function or an extension of a University department, and/or any student organization which receives significant support from a University entity. This includes, but is not limited to, space, direct guidance from paid university staff and/or faculty, resources, funding, etc. Sponsored student organizations are not eligible to receive funding from Student Government. Sponsored student organizations may not be involved in political or religious activities or projects for private gain.

6. **SPORT CLUBS COUNCIL (SCC):** Sport Clubs Council registered student organizations are defined as groups that are part of the department of Recreational Sports, Sport Club Council, and the organization must obtain approval from the Sports Club coordinator, Department of Recreational Sports. All Sport Clubs are competitive in nature, with an emphasis on participation, skill development and student leadership. SCC will receive funding from Student Government through the Sports Clubs Council.

7. **STUDENT GOVERNMENT POLITICAL PARTIES (SGPP):** A designation provided for groups that are representing student interest in Student Government Elections each semester, SG Political Parties are not recognized by Student Engagement as registered student organizations unless they've completed the registration requirements set forth by the new student organization establishment process that is managed by Student Engagement staff. This category is recognized through Student Government upon approval from the Supervisor of Elections for approximately 6 weeks each semester. Political Parties are required to turn in the Student Government Political Party Registration Form and select a President and Treasurer to register. A designated member of Student Government Advising and Operations (SGAO) will serve as the assigned student organization advisor and will be un-registered 1 week following the completion of elections. SGPP must register each election cycle through Student Government. NOTE: This category of organization does not meet the requirements to receive the same benefits and privileges granted to other RSOs.

8. **CATEGORIES:**
   - Academic/Research
   - Academic/Research – Agriculture and Life Sciences
   - Academic/Research - Arts
   - Academic/Research – Business
   - Academic/Research – Dentistry
   - Academic/Research - Design, Construction, Planning
   - Academic/Research – Education
   - Academic/Research – Engineering
   - Academic/Research – Health and Human Performance
   - Academic/Research - Journalism and Communications
   - Academic/Research – Law
   - Academic/Research - Liberal Arts and Sciences
   - Academic/Research - Medicine
   - Academic/Research - Nursing
   - Academic/Research – Pharmacy
   - Academic/Research - Public Health and Health Professions
   - Academic/Research - Veterinary Medicine
   - Ambassador
   - Cultural
   - Fine Arts
   - Graduate
   - Healthy Living
   - Honor Society
   - Interfraternity Council
   - Media/Publication
   - Military
   - Multicultural Greek Council
   - National Pan-Hellenic Council
   - Panhellenic Council
   - Political Interests
   - Professional/Career
   - Recreation
   - Religious/Spiritual
   - Social and Global Change
   - Special Interest
   - Sport Clubs
   - Student Government Political Party

## REGISTRATION PROCESS

All UF students are free to join and participate in any registered student organizations. Student organizations are encouraged to register in order to take full advantage of available University resources (including possible eligibility for funding and use of University facilities) pursuant to applicable University rules, regulations, and guidelines, including the Student Conduct Code and Academic Honesty Guidelines. **Information on policies, procedures and the registration process can be found in Student Engagement in the J. Wayne Reitz Union.**

**1. REGISTERING A NEW ORGANIZATION**
   a. Student Organizations may register beginning July 1- second week of Fall semester (Fall Cycle) or from December 1- second week of Spring semester (Spring Cycle) only.
   b. No student organizations may have the same name of a currently registered student organization.
   c. To start the process, student organizations must have at least 10 members including, President, Vice President, Treasurer, a fourth officer and have an eligible student organization advisor.
   d. Submit a "new organization proposal form" through GatorConnect to be reviewed by the Student Engagement staff. If the application is approved, the group will be notified by e-mail with next steps. If the application cannot be approved, the group will be contacted to discuss potential ways to resolve the matter.
   e. Complete the new organization registration process:
      i. Attend a constitution consultation.
      ii. Complete officer training requirements.
      iii. Submit an approved constitution with registration application.

**2. RE-REGISTERING AN ORGANIZATION ANNUALLY**
   a. Registered student organizations must re-register each year with Student Engagement.
   b. The annual registration process for the coming academic year will be available on GatorConnect beginning July 1 and must be completed by the second week of the Fall semester each year.
      i. All organizations that have not completed the registration process for the coming academic year by the closing date will be deactivated and listed as inactive.
      ii. Should a registered student organization miss this deadline, they will have the opportunity to re-register in the spring cycle for the remainder of the academic year (December 1- second week of Spring semester).
      iii. Registered organizations will remain active throughout the summer.
   c. The listed President or other designated student leader must submit the registration application with the updated President, Vice President, Treasurer, and a fourth officer information via their GatorLink email, including the student organization advisor online in GatorConnect during the registration cycle.
   d. President, Vice President, Treasurer, and a fourth officer must complete officer training to remain active for the academic year.

## CONSTITUTION

All registered student organizations are required to have a constitution that meets the University's requirements on file with Student Engagement. A constitution is a document that defines the long-term purpose of the organization and the structure of the organization. Student Engagement requires all student organizations to submit a constitution for review during the new student organization registration process or whenever amendments are made to the current document. The GRSO Constitution Guidelines and USSO Constitution Guidelines document is updated annually and available on the Student Engagement website for review.

The review/approval process usually takes about three weeks for new organizations' constitutions and 4 weeks for updated and amended constitutions. RSOs are bound by the constitution on file and the most updated regulations as it appears in the Constitution Guidelines. To update your constitution or for other constitution questions, please contact studentengagement@ufsa.ufl.edu.

## OFFICER ELIGIBILITY

President, Vice President and Treasurers are required to meet minimum eligibility requirements to serve in their positions. Student organizations are encouraged to consider higher requirements if appropriate for their specific group. You may reach out to studentengagement@ufsa.ufl.edu for officer eligibility questions. Please refer to UF Policy Number 16-003 of the University of Florida Regulations for a comprehensive list of eligibility requirements. These requirements currently include:

1. Meet requirements for full-time enrollment:
   a. Undergraduate Students must be registered for at least six credits in the Fall and Spring semesters (Spring and Summer for Innovation Academy Students), have a minimum 2.0 cumulative grade point average, cannot be on academic warning or academic probation, and otherwise must be in good academic standing.
   b. Graduate and Professional Students must meet the requirements for part-time status for the graduate professional program in which they are enrolled, or be registered for six credits if appointed to a one-third or half-time graduate or professional program in which they are enrolled, cannot be on academic warning or academic probation, and otherwise must be in good academic standing.
   c. Postgraduate Students must be enrolled for at least six credits and may not serve more than one semester while in postgraduate status.

2. Be in good academic standing:
   a. Undergraduate students must have a minimum 2.5 cumulative academic average.
   b. Graduate and professional students must have a minimum 3.0 cumulative academic average, or at least the minimum grade point average required to remain in good standing with the graduate or professional program in which they are enrolled, and otherwise be in good academic standing.
   c. Postgraduate students may not hold an office in a student organization for more than one semester while in postgraduate status.

3. Have no late or delinquent obligation for fees owed to the University.

4. Be free of conduct probation.

5. Students who have received approval from the Disability Resource Center to have a reduced course load due to a registered disability are eligible to hold leadership positions in student organizations as described herein, but may be required to submit documentation through the appeal process to confirm.

6. Students who are a part of Innovation Academy are eligible to maintain their role through the Fall semester, except for their first semester at UF.

7. Notwithstanding the above, students in the final semester before graduation are eligible to hold an officer position, but may be required to submit documentation through the appeal process to confirm.

8. Eligibility Verification:

a. Eligibility verification will be conducted by Student Engagement.
b. Officers not meeting the eligibility requirements will be notified by Student Engagement that they must relinquish their office or appeal.
c. Appeals filed within ten (10) business days will be heard by an appeals committee.
d. Under such circumstances an officer fails to relinquish their role, or appeal is unsuccessful, Student Engagement may notify the RSO's advisor and the next highest ranking student officer that the position has been relinquished and that the vacancy must be filled in accordance with the RSO's approved constitution.
e. Students do not have to disclose to their student organizations the reasons they are relinquishing their officer position.
f. Unless precluded by other regulations, policies, student sanctions, or the RSO's own constitution, ineligible officers may continue to participate in the RSO and may even maintain leadership roles other than President, Vice President, or Treasurer.



## STUDENT ORGANIZATION TRAINING

Student Engagement is committed to creating a training model that provides our student leaders the necessary tools and resources to develop successful student organizations.

Training is mandatory for all registered student organization Presidents, Vice Presidents, and Treasurers to remain active but social sororities and fraternities (SFL groups), sport club council groups, and student organizations at regional campuses are not required to complete this training, but will receive alternative trainings to complete. Any student including other listed officers are encouraged, however not required, to participate in Student Engagement offered trainings.

**Note:** Social sororities and fraternities and sport club council groups are given guidance by the Office of Sorority and Fraternity Life and Recreational Sports (respectively) on training requirements for their officers. Student organizations at regional campuses are only required to take training relevant to their operations as instructed by Student Engagement.

1. There are 2 online training modules located on University of Florida's myTraining and prevent.zone websites. See requirements and instructions below:
   a. 3 Required trainings:
      i. Student Officer Training – Organization Management & Responsiblities (UF_SAI100_OLT) through myTraining
      i. Hazing Prevention 101™ Course – College Edition through UF's Prevent.Zone
   b. Instructions: Login using GatorLink credentials
      i. First time myTraining users: select Create Account to authenticate your GatorLink Account
      ii. Return users: select University of Florida
      iii. Locate the trainings through the search bar

2. Student leaders must receive a **80% or above** to be recognized as completing training. This training is to help you effectively lead your organization and help you successfully achieve your goals!



# STUDENT ORGANIZATION ADVISORS

## ABOUT STUDENT ORGANIZATION ADVISORS

An advisor is an integral part of every student organization. The role of the advisor is to counsel and serve as a resource to the students and the student organization. Student organization advisors have four broad functions:
1. Advisors help with growth and development of student officers and members.
2. Advisors provide consistency and communicate goals to future officers and members.
3. Advisors assist in the area of program planning.
4. Advisors serve as Campus Security Authorities and Responsible Employees on campus and can assist you in reporting concerns/incidences to UF or UF Police Department.

All registered student organizations, except sororities and fraternities, are required to have an eligible and approved advisor. [Social sororities and fraternities must have a chapter advisor that has the approval of Sorority and Fraternity Life.]



## WHO CAN BE AN ADVISOR?

1. Full time, salaried faculty and professional or approved staff members are eligible to serve as student organization advisors so long as they are not on leave for more than 30 consecutive days during their term.
2. Student teaching assistants and some adjunct professors and non-professional staff are not eligible to serve as advisors. If you are an employee of the university and are interested in becoming an advisor, please contact Student Engagement at studentengagement@ufsa.ufl.edu.
3. Some student organizations have two or more advisors. Student organizations that are sponsored may have an advisor designated by the sponsoring department or college.

## RESOURCES AVAILABLE TO ADVISORS

Student Engagement offers advisor training to student organization advisors online through myTraining as well as supplemental workshops throughout the year. It is encouraged that advisors participate in all offerings as often as possible, but at minimum complete advisor training once every two (2) years to stay up to date on policies, requirements, and guidelines for student organizations.

a. Advisor Training – Organization & Advisor Basics (UF_SAI201_OLT) through myTraining
b. Advisor Training – Organization Policies & Event Management (UF_SAI202_OLT) through myTraining

Please contact studentengagement@ufsa.ufl.edu for more information on additional workshops, training, and resources for student organization advisors.



# FINANCES

Registered student organizations are expected to practice ethical financial stewardship over their organizations' finances from ensuring all funds are used to benefit the entire organization to keeping up-to-date ledgers on expenditures. We encourage groups to practice proper and transparent financial records and record keeping practices, and to pass on all account information through each transitional stage of the organization as Student Engagement does not maintain any records or information about registered student organizations' off-campus bank accounts or financial documentation.

In general, student organization funds must be used for charitable causes or educational purposes within the scope of the organization's mission and purpose. It is recommended that the student organization advisors are involved in the creation and maintenance of the account.

The way in which an organization receives money needs to be clearly stated in the Constitution which can include charging dues, fundraising activities, stating the University unit that supports it and/or applying for funding through Student Government allocations.

**The following should be considered in managing student organization funds:**

1. Student organizations may charge dues to manage the operations and program of their student organization, however those dues must be clearly stated in the organization's constitution.
2. Student organizations that do not charge dues and/or are not supported by a university entity may be eligible to apply for Activity and Service fees from Student Government; they must meet SG criteria and policies to qualify.
3. Fundraising on campus is a privilege and can be done in limited situations. Please reach out to the Office of Event Services or Student Engagement about your fundraising activities.
4. General Registered Student Organizations are prohibited from using the University of Florida Tax Exemption status and insurance.

## STUDENT GOVERNMENT (SG) FINANCE OFFICE AND SG FUNDING

Student Government manages the allocation of Student Activity and Service (A&S) fees bi-annually (twice a year) and the Student Government Finance Office (SG Finance) administers the allocation of Student Activity and Service (A&S) fees through a fiscal management system called Docutraq.

1. **GENERAL ELIGIBILITY INFORMATION**
   a. SG funded organizations may not charge membership dues, fees, or charge any UF student to participate or attend an event.
   b. A&S Fees cannot be used for support of fundraising events.
   c. Additional criteria and policies for funding can be viewed by visiting the SG website or SG Offices.
   d. Only General Registered Student Organizations are eligible for SG funding.

   NOTE: Organizations may not expend A&S Fees without the prior approval of the Student Body Treasurer. To obtain approval for expenditures, an authorized representative of the organization must submit a Student Activity Request (SAR) through the Docutraq

system.

2. **OUTSIDE REVENUE ACCOUNTS WITHIN SG FINANCE**
   a. Income from external funding sources is commonly referred to as Outside Revenue or OSRV.
   b. This income consists of funds received from sources other than Student Government and is only available to student organizations that are funded by Student Government.
   c. The funds are put on deposit with the University and are available upon request by submitting a Student Activity Request (SAR) in the Docutraq system.
   d. Please refer to Student Government's 800 Codes for more information on SG funding.

The SG Finance Office is available to answer any questions, concerns, or problems you may have. Please visit their website at www.sg.ufl.edu.

## STUDENT ORGANIZATION BANKING

If an organization does not receive SG funding, it may use any bank of its choice. It is important to note that although the Student Government Finance office is only available to organizations that receive SG funding, Student Legal Services is an available resource for all student organizations interested in advising on:

1. Establishing and managing an FEID for banking purposes
2. Registering for tax exemption status
3. Registering and maintaining non-profit status
4. Questions and inquiries on contracts, waivers, etc.,

**NOTE:** For registered student organizations that do not have SG funding, we encourage to set up their own bank accounts with two names on the account. Most importantly, be sure to include and transfer banking information in transition reports to enable new leaders of the organization to access the funds.

## FUNDRAISING

Student organizations at the University of Florida have the privilege of fundraising on campus in limited situations. Any student organization wishing to coordinate fundraising activity via the sale or donations of any items must consult with a programming advisor in Student Engagement or the Office of Event Services. **The following rules apply to fundraising by student organizations:**

1. A&S Fees cannot be used for support of fundraising events.
2. Funds raised must be donated to a charitable cause or be used for educational purposes (conference travel, programs, competition, lectures or forums, etc.).
3. Regulations on the selling of materials can be found here.

**APPROVED FUNDRAISING ACTIVITIES ON CAMPUS:**
- Penny Voting
- Silent Auctions
- T-shirt, button, hat, etc., sales (only if item is personalized for event or student organization)
- Collection of dues for student membership (for non SG-funded organizations only)
- 3-5K Run or Walk
- Walkathon
- Face tattoos or painting (organization must work with the University Athletic Association if for an athletic event)
- Photos w/ famous people (UF faculty, sports figures, president)
- Dunking booths

**FUNDRAISING ACTIVITIES NOT ALLOWED ON CAMPUS:**
- Raffles or gambling
- Bake (or any food) sales
- Flea Markets
- Car Bashes
- Date Auctions
- Food Eating or Drinking Contests
- Live Animals or Petting Zoos
- Slip-n-slide or homemade novelties
- Haircutting (except for Locks of Love done by the Reitz Union Barbershop)
- Makeovers
- Credit card, telephone card, or discount card sales
- Product sales such as magazines, clothes, CD's, or software, etc. (any commercial items not directly related to organization or event)
- Garage sales w/ donated items

## SOLICITATION (IF AN OFF-CAMPUS ENTITY CONTACTS YOU OR WANTS TO CONTACT YOU)

GatorConnect is the student organization database for all active student groups on campus and is the source for students to contact an organization with their interest. Student Engagement staff will not recommend the names of student organizations or their contacts to "for-profit" companies or businesses nor provide "listservs" to outside entities for communication. Individuals with a GatorLink (such as other enrolled students, faculty and staff) may use the GatorConnect platform as a resource to share opportunities and event information, however this access is closed only to university affiliates. Should you have any questions about GatorConnect please contact Student Engagement at studentengagement@ufsa.ufl.edu or 352-392-1671.

- **FOR PROFIT:**
  a. Student organizations may be contacted by outside entities including for-profit companies. For-profit companies and businesses must have the permission to have access to campus from the Vice President for Business Affairs and their office.
  b. Student organizations may be allowed to sponsor for-profit companies or businesses on campus in limited situations and only if the product or service has a significant educational mission.
- **NOT-FOR-PROFIT OR NON-PROFITS:**
  a. Student organizations may develop relationships with not-for-profit organizations. These organizations ought to contact the Brown Center for Leadership and Service for information about access to campus.
- **OUTSIDE ENTITIES CAMPUS ACCESS AND/OR COLLABORATIONS**
  a. RSOs may not utilize their registration benefits to grant access to campus to an outside group without approval. This action is considered a misrepresentation of student activities, which is not allowed. Please see Co-Sponsorships on page 19 for more details.
  b. Should you have questions about hosting an outside entity on campus, please contact an advisor in the Office of Event Services or Student Engagement.



# ORGANIZATION MANAGEMENT

## MANAGING YOUR ORGANIZATION

**RECRUITMENT & RETENTION:** Have a recruitment plan to gain more members of your group. The Student Organization Fairs held in the Fall, Spring, and Summer B are an excellent way to promote your organization. In order to retain your members, keep them stimulated through leadership opportunities, create long-term and short-term goals, and have retreats and opportunities to develop relationships and friendships.

**MEETING STRUCTURE:** Your meetings should include an agenda with what you want to accomplish. This keeps the meeting organized and maintains a clear purpose. Provide an opportunity for your executive members to have input on what is discussed. For example, if an important event is coming up and the leader of that event would like a longer timeslot than usual, add that in your planned agenda.

**ORGANIZATIONAL MANAGEMENT:** Good leaders have trust in their executive team and members. Maximize the strengths of your team by delegating accordingly and keeping a fun, structured and inclusive culture. Your members will feel better connected to the organization and each other if given some autonomy. Set expectations early so each of your members can hold each other accountable for their responsibilities.

**RELATIONSHIP WITH YOUR ADVISOR:** An advisor is an integral part of every student organization. The role of the advisor is to advise and serve as a resource to the students and the student organization. Your advisor can help your organization develop by being the source of consistency from year to year. Don't consider your advisor as only a signatory on forms, but rather an engaged resource whom you can utilize and rely upon when you need assistance with program planning or troubleshooting within your organization.

**TRANSITION & LEGACY:** Every organization goes through a transition period at the beginning and end of each year. To make the transition process run smoothly, it is recommended that you encourage your officers to maintain all their materials (electronically as well), provide feedback, and hold meetings with the new officers that will be taking over their positions. Transition reports document the officers' legacy on the organization and provide a foundation for the new leaders.

## ETHICS

As leader of an organization, be mindful and intentional in your decision-making process when it relates to your organization. Remember, serving as a leader is a responsibility that may require putting the interests of the team, organization or community above your own. Additionally, as a leader, you not only represent yourself, but everyone in your organization. An important first step is setting clear intentions and asking yourself "WHY?" Why are you choosing to do or not do something on behalf of the organization? If the outcome of your decision is not in the best interest of your organization, re-examine and consider other more favorable options that meet the goals and interest of the organization. With that in mind, perform your responsibilities motivated by the good of the whole group and not for your own self-interest. Using this philosophy, you will ensure that you and your organization meet the goals you set and achieve what you hope to accomplish.

**FRAMEWORK FOR ETHICAL DECISION MAKING (ADAPTED FROM THE LEADERSHAPE INSTITUTE, CHAMPAIGN, ILLINOIS)**
The following is a framework offered to assist you in making ethical decisions. Understanding how ethical decisions are processed will help you make the best decisions for yourself and your organization.
1. Begin with the desire to do the right thing
2. Clarify your options
3. Consider risks and benefits
4. Advance ethical values
5. Make a judgment
6. Implement to maximize benefits and minimize risks
7. Monitor and modify Bottom Line Considerations:
   - Who is left out or not considered in my decision?
   - Is my action doing more good than harm?
   - Am I proud of this decision?
   - Would I be comfortable or embarrassed this decision made news?

## ETHICS CONT.

### ETHICS WITHIN YOUR ORGANIZATION

1. Keep an open communication line with all organization members.
2. Organization members should be clear as to what their role is, and what is expected of them, as well as what they might gain from participating in the organization.
3. The president is not the organization's boss, rather they ought to be looked upon as the spokesperson or facilitator of the group.
4. Don't ask an organization member to do something that you would not be willing to do yourself.
5. All roles should be rotated between organization members so that the members do not experience burnout, boredom, or dissension.
6. "Fringe benefits" given to the organization, such as T-shirts, need to be distributed fairly.
7. Provide ample notice and time to when and where all organization meetings and events are being held. Post the time and locations on your organization's dashboard within GatorConnect, as well as websites and social group pages. Have "phone trees" to remind members to come to the meetings.
8. Treat all members equally, whether they are personal friends or someone you do not yet know. The organization is not only a social club. Hold your meetings in an organized and systematic manner with an agenda. Make sure you allow a period for all organization members to express their views and volunteer their time and talent. Meetings can be more interesting and productive if you start off with an ice breaker or something that is fun but not too time consuming.
9. When explaining how to do a task, think of yourself as a new member with no experience and try to explain the task clearly and allow for questions. If it's too complex, ask to meet after the meeting for more explanation or involve all the members in learning the task.
10. Encourage organization members to come to the office to complete their tasks, meet others, and talk to the advisor.

### ETHICS AND OUTSIDE (NON-UF) ORGANIZATIONS

1. You represent your organization and may appear to speak for the University of Florida, and the State of Florida to outside agencies, clients, and fellow students. The image you portray is very important.
2. When you deal with outside organizations in an ethical manner, you will help all future organization members in their dealings with these agencies.
3. Do not offer another organization's services without first consulting that organization, officer and advisor.
4. If you are doing any publicity or promotion, follow all University policies and procedures. Refer to the appropriate sections of this handbook.
5. Remember that everyone has a deadline for getting work done. Allow for plenty of time when turning in requests to all other departments, University departments, and outside agencies, as well as for your publicity planning and Tech requests.
6. If another student organization contacts your organization about a possible co-sponsorship, be realistic about your interest, and tell them when you can meet to make a decision and give them an answer (with an explanation) as soon as possible. This will allow them to either get started or find another sponsor.



# REGULATIONS AND EXPECTATIONS

Each registered student organization's purposes and activities shall comply with applicable provisions of the United States Constitution, federal laws, the Constitution of the State of Florida, state laws, rules and regulations of the Board of Governors, the University of Florida Board of Trustees, University of Florida, and the University of Florida Student Conduct Code, and the purposes set forth in the Student Body Constitution, and the constitution of the Student organization. The student organization and its officers are responsible and accountable for all actions of the organization. Any violation of law, Board of Governors' rules and regulations, University of Florida Board of Trustees rules and regulations, or University of Florida rules shall be considered as offenses committed by the organization. Its officers or members shall be subject to action pursuant to the provisions of the University of Florida Student Conduct Code. Any violation by a student organization shall render the organization's registration subject to review and possible revocation. Benefits of registration include but are not limited to, use of university name and facilities, eligibility for activity and service fee funding, and participation in university events.

## NONDISCRIMINATION

A registered student organization shall be in full compliance with all federal and state nondiscrimination and equal opportunity laws, orders, and regulations; and their constitutions **must include the following language:**

> **"[Name of organization] agrees that it will not discriminate on the basis of race, creed, color, religion, age, disability, sex, sexual orientation, gender identity and expression, marital status, national origin, political opinions or affiliations, genetic information and veteran status as protected under the Vietnam Era Veterans' Readjustment Assistance Act. Discrimination on the basis of the protected classes described in University of Florida Regulation 1.006 (Non-Discrimination/Harassment/Invasion of Privacy Policies) is prohibited."**

A student organization whose primary purpose is religious will not be denied registration as a Registered Student Organization on the ground that it limits membership or leadership positions to students who share the religious beliefs of the organization. The University has determined that this accommodation of religious belief does not violate its nondiscrimination policy.

## SEXUAL HARASSMENT

In compliance with Title IX regulations, all Registered Student Organizations must not participate in any activities that would constitute sexual harassment.

**The following language must be included in all RSO constitutions:**

> **"[Name of organization] agrees that it will not engage in any activity that is unwelcome conduct of sexual nature that creates a hostile environment. Behaviors that could create a hostile environment include sexual harassment, which could include inappropriate sexual comments, and/or sexual misconduct on the basis of sexual orientation or gender identity, dating violence, domestic violence, stalking, and repeated instances of cyber abuse. Sexual harassment as described in University of Florida Regulation 1.006 (Non-Discrimination/Harassment/Invasion of Privacy Policies) is prohibited."**

## HAZING

Organizations must be aware of and adhere to the policy on hazing. **Hazing is defined in the UF Student Code of Conduct as:**

Any action or series of actions that recklessly or intentionally endangers the mental health, physical health or safety of a Student for any purpose, including but not limited to initiation into, admission into or affiliation with any Student group or organization.

**In such an instance, hazing occurs if an individual or group:**

1. Causes or attempts to cause physical injury or other harm to a student including but not limited to emotional distress, or engages in any conduct which presents a threat to the student's health or safety, which shall include but not be limited to any brutality of a physical nature, such as whipping, beating, branding, exposure to the elements, forced consumption of any food, alcohol, drug, or other substance, or other forced physical activity that could adversely affect the physical or physical and mental health or safety of the student, and any activity that would subject the student to extreme mental stress, such as sleep deprivation, forced sexual conduct, and forced exclusion from social contact.
2. Engages in an action or activity which has a tendency to or which is intended to demean, disgrace, humiliate, or degrade a student, which shall include but not be limited to, forced conduct that could result in extreme embarrassment, or other forced activity that could adversely affect the mental health or dignity of the student.
3. Conduct that by design, intent or recklessness causes a student to be unable reasonably to pursue, or interferes with or attempts to interfere with a student's academic schedule or performance; or
4. Causes, induces, pressures, coerces, or requires a student to violate the law or to violate any provision of University of Florida regulations.

**In response to allegations of hazing under this regulation it is not a defense that:**

1. The affected person gave consent to the conduct.
2. The conduct was not part of an official organizational event or sanctioned or approved by the organization.
3. The conduct was not done as a condition of membership in the organization.

For more information, you can view the Dean of Students Office Hazing Website here.

**The following language regarding hazing must be included in all RSO constitutions:**

> **"[Name of organization] agrees that it will not initiate, support, or encourage any events or situations that recklessly, by design, or intentionally endanger the mental or physical health or safety of a student for any purpose including but not limited to initiation or admission into or affiliation with any student group or organization. Hazing as defined in University of Florida Regulations 1.0081 (Prohibition of Hazing; Procedures and Penalties) and 4.040 (Student Honor Code and Student Conduct Code) is prohibited. If found responsible for hazing, sanctions may be imposed against the organization, its leaders and/or its members."**

## RESPONSIBILITY TO REPORT

Registered student organizations officers and its membership are encouraged to report instances of any of the preceding matters that may arise. **The following language must be included in all RSO constitutions:**

> **"The University of Florida identifies Responsible Employees and Campus Security Authorities to support the health, safety, and well-being of campus. If [Name of organization] becomes aware of any such conduct described in this article, they are encouraged to report it immediately to Student Engagement, the Director of Student Conduct and Conflict Resolution, the University's Title IX Coordinator or to their Student Organization Advisor, who are university-identified mandated reporters."**

**NOTE:** If you encounter concerning behavior of individuals in your student organization, please connect with a student organization advisor, Student Engagement, Student Conduct and Conflict Resolution, or to the University's Title IX Coordinator for assistance and resources.



## AMERICANS WITH DISABILITIES ACT

The Americans with Disabilities Act requires that public institutions provide reasonable accommodations and remove structural barriers to the provision of goods and services for persons with disabilities. Registered student organization are expected to provide accommodations in alignment with the Americans with Disability Act for their programs and activities on campus. If you are planning a program, choose a location that is physically accessible; the majority of the Reitz Union and most UF buildings such as the University Auditorium and the Phillips Center for the Performing Arts are accessible.

For enrolled students with disabilities requiring special accommodations, Disability Resource Center in conjunction with Student Government has resources available for registered, SG funded student organizations that have a request for special accommodations by enrolled UF students. Please visit Disability Resource Center at least 5 business days prior to the event to determine and assist with the necessary accommodation requests.

## STUDENT ORGANIZATIONS AT UF ATHLETIC EVENTS

Students attending UF athletic events are expected to follow the Gator Fans' Code of Conduct and the Student Conduct Code. Any student organization whose membership attends an athletic event together (formally or informally) and violates either of these codes could be subject to individual or organizational sanctions through the Office of Student Conduct and Conflict Resolution, which could include suspension of the organization's registration.

## COMPUTING POLICIES

As part of its educational mission, the University of Florida acquires, develops, and maintains computers, computer systems and networks. These computing resources are intended for university-related purposes, including direct and indirect support of the university's instruction, research and service missions; university administrative functions; student and campus life activities; and the free exchange of ideas within the university community and among the university community and the wider local, national, and world communities. For information on the University's Computing Policies, visit the Office of Information Technology.

## DEACTIVATION

**AN ORGANIZATION'S REGISTRATION MAY BE SUSPENDED BY STUDENT ENGAGEMENT FOR ANY ONE OR MORE OF THE FOLLOWING REASONS:**

a. Violation of University statutes, rules, policies, and procedures, and/or state, federal, or local law.
b. Failure to pay organization debts owed to the University community.
c. Disciplinary action adjudicated by the Dean of Students Office.
d. The national, regional, or state organization revokes organization's charter or denies affiliation.
e. Non-compliance with organization registration procedures and constitution requirements. (Note: persons listed on the organization's registration form that do not meet the eligibility requirement for leadership accounts for the majority of cancellations. Student Engagement will periodically run a check on the status of students to verify enrollment and eligibility).
f. Falsification of any registration information.

# EVENT PLANNING

Welcome to the Event Management Section. It is intended that this resource guide will assist students by providing an overall framework for planning new and creative programs and by alerting them to potential problems.

## PLANNING AN EVENT

Start the event planning process with specific outcomes and target audience. This can assist with brainstorming good options and activities before implementing any program ideas. Use a checklist to break the program down into easy steps and then delegate responsibilities.

Then, when you have decided on an event, fill out an Event Permit Request in GatorConnect to start the Event Approval Process. **The following are some things to think about as you begin planning your event:**

1. Select & reserve a venue.
2. Develop a timeline and task lists to meet deadlines.
3. Submit an event permit and necessary financial requests.
4. Create a marketing and advertising plan.
5. Order supplies and arrange all contract and agreements for vendors.
6. Ensure permit is approved prior to the event.
7. Evaluate risks to the event and develop a plan (e.g. severe weather, vendor cancellations, etc.)
8. Organize and communicate with volunteers for set-up, execution and break down of the event.
9. Thank guests, vendors and staff that supported the event.
10. Debrief event successes and challenges.

## EVENT PERMITTING

Submitting an Event Permit Request is an important early step you take in planning a program or event on campus. All student organization events or programs (excluding general body meetings), that take place on University grounds, require an Event Permit obtained by completing a request through GatorConnect. The purpose of this permit request is to help student organizations run their event smoothly and to identify what areas of campus need to be notified about a specific event. It is the responsibility of the organization's President to designate officers in the organization who can submit permit requests. Submitting a permit request does NOT reserve the space for an event so you will have to go through the office that manages the space to submit that request.

**The steps to submitting a permit are below.**

1. **NOTE:** Permits need to be submitted **AT LEAST 3 weeks in advance** or the event will not be approved.
2. Login GatorConnect with GatorLink credentials.
3. Click on "My Organization" located on the top left side of the landing page and "Log in" to your student organization's dashboard
4. Click on the "Create a New Permit" on the left side of the dashboard. (Note: Only authorized members of your organization will have access to create event permits on behalf of the organization. Your organization's leaders must designate access to submit permits by listing the officer on their GatorConnect page via registration application or by completing an Officer Update form.)
5. Select the appropriate event permit type (e.g. General, Runs/Walks, Fundraising, etc.,)
6. Complete the online Permit Request providing information for all required fields.
7. Once the permit is successfully submitted through GatorConnect, your organization's event will be assigned any relevant campus partners to review the request and will communicate through GatorConnect (on the permit wall) about any additional information that may be required.
8. After the permit is approved, an email notification will be sent from GatorConnect to the organization member who submitted the request. The email will have a permit attached for you to print and bring to your event.

## TYPE OF EVENTS

All events require specific procedures and/or space reservations. Please note that all events other than regularly scheduled meetings require an Event Permit. Types of events requiring a permit include but are not limited to: non-university guest speakers/performers, small scale events, large scale events, major events, concerts, political speakers, demonstrations and protests, runs/walks, and fundraising events. Please contact the Student Engagement for event permit questions/concerns.

## USE OF FACILITIES

**Registered student organizations are eligible for free or reduced cost for use of many university spaces.** Officers and members of organizations are responsible for compliance with fire and safety ordinances and with other regulations applying to the place where meetings and events are held, including applicable federal, state and city laws, the regulations of the Board of Trustees, the University Statutes and Rules, administrative regulations, as well as with the Student Conduct Code. Please visit Use of University Space policy and the venue website for specific space use policies.

Listed below are specific regulations applying to all student organizations using University facilities. You can find a list of facilities and spaces available for reservation here.

1. Each event ought to be accessible to all students according to the American for Disabilities Act (ADA). Please see the section on the ADA in this resource guide for more information.
2. The organization shall be responsible for and pay any charges incurred for the use of facilities, equipment, services, or security.
3. The organization, its officers, and any individual applying to reserve space on behalf of the organization assumes responsibility for all damages or misappropriation of University facilities or property caused by their own members or non-member attendees and will reimburse the University for any damages.
4. Student organizations must comply with insurance requirements requested by venues and events; Student organizations are not eligible to utilize the University's insurance for its activities and programs.
5. If the Administration determines, for any reason, adequate safety of persons or property cannot be ensured at an event, they may deny, withdraw, or further qualify permission for use of facilities at any time.
6. Student organizations must adhere to the regulations and policies regarding marketing, advertising, sales and commercial activity on campus.

## CO-SPONSORSHIPS

Collaboration with other stakeholders and organizations on campus is recommended and promotes University partnerships. Creating a co-sponsor agreement is recommended for proper communication and administration of your co-sponsored events.

If you are approached about a "co-sponsorship" by non-university groups or commercial vendors, please contact Student Engagement to have the inquiry reviewed on a case-by-case basis. Do not reserve meeting rooms for these vendors. Your organization must be the main sponsor and the headliner on all promotional materials (i.e. GatorDays presents…). Promotional materials may be reviewed by Student Engagement. For more information, please see Solicitation on page 12.



## CONTRACTS

**A contract is needed any time an individual or business is being paid to perform a service.** This includes but is not limited to: Bands (any musical performance), Lecturer/Speaker (any person presenting a lecture), DJ, Instructors (yoga, dance), etc. A facility agreement may be needed when reserving a campus location.

If your Student Organization is Student Government funded, SG Finance must be involved in the completion of the contract and signature of campus facility agreements. Remember, a verbal offer on the phone is considered binding. Student organizations funded by Student Government may not legally sign contracts with outside vendors. The contract process must begin at least 20 business days (4 weeks) in advance.

For non-Student Government funded organizations you may work with Student Legal Services to review contracts. In these instances, the non-Student Government funded organization will sign the contract.

### TYPES OF CONTRACTS:

1. **UF ENGAGEMENT AGREEMENTS** are utilized as the sole contracting document with external vendors who either do not have their own contracts or where the cost of the artist is under $5,000. The UF Engagement Agreement may also be used where the cost of the artist is above $5,000 and the vendor does not have their own contract. The UF Engagement Agreement is a binding agreement between the University of Florida and the entity performing a service.
2. **UF FACILITY AGREEMENTS** are internal agreements that are sent from facilities/venues on campus. These may include but are not limited to the following venues: Curtis M. Phillips Center for the Performing Arts, University Auditorium, Stephen C. O'Connell Center, Emerson Hall, Ben Hill Griffin Stadium.
3. **EXTERNAL CONTRACTS/RIDERS** are supplied by the vendor and require additional review/potential edits based on what the University of Florida can agree to. A completed UF Engagement Agreement may be attached to an External Contract.
4. **INVOICES** will be issued if a vendor is selling a product. Invoices will be paid through a Purchase Order (PO) and no contract is needed. External invoices and agreements for products that are not performance-based will need to go through the University of Florida Procurement process. Student Government funded organizations should contact Student Government Finance for any questions related to invoice processing.

Events hosted by SG funded organizations that include performers such as speakers, disc jockeys, lecturers, or entertainers (e.g. Bands, dance troupe, singer, etc.), who are being paid, require a fully executed contract and rider. There are three types of contacts used by the University of Florida: performers receiving payment, free performance, and lectures. In addition, UF requires a UF Rider for all performers or lecturers who provide their own contracts. When a student organization begins to think about contracting a lecturer or entertainer, they should call Student Engagement at 352-392-1671 to make an appointment to discuss the university policies and procedures on contracting and requirements for their event.

**A contract meeting with Student Engagement or the Office of Event Services staff must take place no later than 4 weeks prior to the event.** Contracts requests under this 4-week deadline may not be approved, and the performer will not be able to perform. This includes the submission and approval of an SAR before the meeting, which is require prior to meeting with a staff member to prepare the contract. An event permit request for on-campus events must also be submitted in order to schedule a contract meeting. If the contract involves a major band or performer, the contract will need to be prepared by the office at least 4 weeks in advance.

**NOTE:** Contracted performers <u>cannot</u> be transported in private vehicles. Performers must be transported in University vehicles, by University employees who have driving as part of their job description, or the student organization must contract for a vehicle with a chauffeured driver. In many instances the performer may utilize other forms to of transportation to get to the venue.

## ADVERTISING

**BANNERS:** There are 10 banner locations on campus (6 at the Reitz Union, 4 at Plaza of Americas. Reservations must be made through the Reitz Union Office of Event Services Reservation System. An event permit is not required for student organization banners. Organizations may reserve banner space for up to 5 days in a 30 day period (month). Reservations can be made 30 days in advance. All banners must be removed by 5 p.m. on the last day reserved.

For more information about Banners, contact the Office of Event Services.

**CHALKING: Chalking is limited on campus to TWO locations:** (1)  the North side of the Reitz Union (from North stage area to breezeway), and (2) on the Northeast concrete portions of Turlington Plaza (from west of Newell to Union Road, including the tabling area). Student organizations may only use water-soluble, dry stick chalk that is designed for writing and drawing on concrete or paved sidewalks; aerosol chalk, markers, paints, etc, is strictly prohibited. Chalk on buildings or on other sidewalks around campus is also prohibited. See the UF Temporary Signage Policy for more information.

**ADVERTISEMENTS:** The distribution of printed materials is defined as newspapers, handbills, leaflets, pamphlets, posters, magazines, and printed paper(s) of a like nature. Any individual, group or organization desiring to distribute printed material on the University campus may distribute under the following conditions: Posters, flyers, etc. must follow the University Rules referring to Distribution of Printed Material, the UF Temporary Signage Policy and the University Alcohol Policy regarding printed materials.

1. Advertisements for the use, sale, consumption, or distribution of alcohol or illegal drugs are prohibited except for educational purposes such as alcohol awareness.
2. All posted materials, banners, booths, and tables must clearly display the name of the sponsoring student organization(s).
3. Use of materials which include defamation, obscenity, or pornography is prohibited.
4. The Americans with Disabilities Act requires that we provide reasonable accommodations and remove structural barriers to the provision of goods and services for persons with disabilities. Please take the time to look at the type of advertising you're doing to see if you're using the accommodation language that makes sense for that program.

**POSTING MATERIALS:**

1. No flyers may be posted on cars parked on campus.

2. Posting is only allowed on open bulletin boards and kiosks. Posting on walls, statues, toilet stalls, trees, sidewalks, utility/lamp poles, doors, etc., is prohibited.
3. Adhesives may not be used to post materials.
4. May not take place within University buildings and facilities, including athletic or recreational fields.
5. Posting materials in on-campus housing facilities may occur with permission and instruction from the housing authority.
6. Signage required to break ground such as yard signs, feather banners or flags may be required to be placed by Facilities Services and at minimum must be placed 12 inches from sidewalks and curbs.

**DISTRIBUTING MATERIALS:**

1. Passing out materials may not interfere with access to University buildings or facilities.
2. There must be no interference with normal operations of the University, including no forcing of materials on anyone.
3. Newspaper boxes are only for those groups who provide them and require prior approval for placement on campus.
4. Brochures, flyers and leaflets must be handed out person to person and cannot be left in stacks on campus.
5. Distribution of printed materials in classrooms is at the discretion of the instructor.



# EVENT POLICIES

## ALCOHOL POLICY

The service and/or sale of alcohol to individuals under the legal drinking age is strictly prohibited. Alcoholic beverages may be served or sold at an on-campus function sponsored by a student organization **only in limited situations**. For the health and safety of individuals on the University campus, the University has formulated rules concerning the sale, service, and consumption of alcohol on campus. As a result, prior written approval from the Division of Student Life is required and can be obtained through the event permitting process in GatorConnect. View the University of Florida Alcohol Policy for more information.

## AMPLIFIED SOUND

Amplified sound must be cleared through the event permitting process in GatorConnect. It is generally not allowed during class time in academic spaces Monday through Fridays, but may be used if properly permitted and approved at the following locations, days and times:

- **REITZ UNION AMPHITHEATER AND NORTH LAWN:** Mondays through Fridays 6 pm to 10 pm, Saturdays and Sundays 9 am to 10 pm
- **TURLINGTON PLAZA AND PLAZA OF THE AMERICAS:** Mondays through Friday 6 pm to 10 om, Saturdays and Sundays 9 am to 10 pm
- **FLAVET FIELD:** Mondays through Thursdays 4 pm to 10 pm, Saturdays 9 am to 11 pm, Sundays 9 am to 10 pm

Voice amplification equipment may not be used during the day on the North Lawn and outside area around Turlington. Additional information related to Amplified Sound can be found in the Use of University Space Policy.

## TENTS

Tents may be erected on University property only **AFTER** permission has been obtained through the event permitting process. For tents and temporary structures that require to be staked, a DIG PERMIT must be filed and approved by Facilities Services at least 3 weeks in advance to ensure the appropriate personnel assess the proposed locations underground utilities and

## BANNER

**There are 10 banner locations on campus** (6 at the Reitz Union, 4 at Plaza of the Americas). Reservations must be made through Office of Event Services online reservation system. An event permit is not required for student organization banners. Organizations may reserve banner space for up to 5 days in a 30-day period (month). Reservations can only be made 30 days in advance. All banners must be removed by 5 pm on the last day reserved.

**BANNERS MUST MEET THE FOLLOWING SPECIFICATIONS:**
- Be hung from the banner poles using existing ropes and hardware.
- Banners must be 10 feet wide and no more than 8 feet tall and be hung between the pre-installed banner poles.
- Be constructed of heavy cloth, vinyl, or plastic, properly sewn and vented. Banners must have grommets to attach the banner using the clips provided.
- Banners should not touch the ground. Any banner that is too large or is sagging will be removed.
- Have all guy rope marked to be visible day and night. No wire guys may be used.

**RECOMMENDATIONS:**
- Use exterior house paint to prevent rain/sprinklers destroying banner text.
- Use light colored banner materials so the text may be easily seen.
- Prevent wind damage by cutting several vents in your banner.

Additional information on banners can be found in the Temporary Signage Policy.

## FIREWORKS & PYROTECHNICS

Use, possession, display, or storage by any student organization of any explosive device, pyrotechnic device or fireworks is prohibited on all land and buildings owned, leased, or under the control of the University of Florida. The use of fireworks displays or special effect production will be considered on a case-by-case basis via the event permitting process in accordance with the Fire Safety Policy and Procedure for Fireworks by Environmental Health & Safety and must be approved by EHS and the venue. This approval can take 4 weeks or longer.

## EVENT CO-SPONSORSHIPS

If you are approached about a "co-sponsorship" by non-university groups or commercial vendors, please contact Office of Event Services to have the inquiry reviewed on a case-by-case basis. Do not reserve meeting rooms for these vendors. Your organization must be the main sponsor and the headliner on all promotional materials (i.e. GatorDays presents...). Promotional materials may be reviewed by Office of Event Services.

## COPYRIGHTED MATERIAL

Any student or student organization showing movies on campus or hosting video games on campus (outside of residence hall residential room) is subject to federal copyright law and must be approved in advance by the event permitting process in GatorConnect to confirm that appropriate licenses have been obtained. Renting & streaming a movie or video game without public distribution licensing or bringing in a personal copy to show membership or the general public, is ILLEGAL and subjects the parties involved (students, your organization, and possibly the University) to fines of up to $250,000 for a movie and up to $50,000 for a video game.

**To show a movie or play a game tournament on campus, you must submit a permit request for the event.** Staff in Student Engagement or the Office of Event Services can assist you in determining the cost and licensing procedures for the film you want to show or video or online game tournaments. This process may take a couple of weeks, so submit the event permit request well in advance of the event or contact us early. Failure to obtain copyright approval will result in cancellation of your event.

Keep in mind that new films (out in mainstream theaters in the past three months or so) are the most expensive and may run up to $1,500. Older films, foreign films or documentaries are usually less expensive. Films shown in a classroom by an Instructor and that are listed as part of the classroom syllabus are allowable exceptions to the copyright law restrictions.

## FOOD SERVICE ON CAMPUS

**The University of Florida Food Contract states the Reitz Union and surrounding areas is restricted to using Palm and Pine Catering**. Other campus locations may allow different food providers. For the complete list of approved catering vendors visit UF Catering.

1. The sale of ANY food by student organizations is prohibited. Student organizations are not allowed to sale food on campus.
2. Any food given away must be prepared in a kitchen inspected by the Health Department (i.e., restaurants and caterers).
3. As a result, baked sales and bake items prepared at home are prohibited.
4. A Catering Scholarship may be available to organizations needing funding and specific criteria must be met.

Any food given away must be prepared in kitchens inspected by the Health Department (i.e., restaurants or caterers) so you may not bake anything in your home kitchens and give it away.

For full food regulations see UF's Food Service Policy.

## USE OF LIVE ANIMALS

The use of live animals on campus for entertainment purposes is strictly prohibited and will not be allowed. **This includes but not limited to:**

- Petting zoos or live animal displays
- Animal Rides
- Animal Races
- Shows involving animals

The use of animals for research, teaching, or exhibition is closely regulated by the federal government. High standards exist for the care and use of animals at UF. To ensure compliance with all regulations, policies and standards in place to protect animal welfare, Institutional Animal Care and Use Committee (IACUC) members review all requests for approval to use vertebrate animals.

**Failure by any individual to adhere to these standards can jeopardize the University of Florida's entire animal use program.**

## WALKS/RUNS

Run/Walks on campus can happen on a first come, first served basis, via 5k submission of an event permit. They are limited to Saturdays or Sundays of non-home football game weekends. Organizations can select from the below pre-approved routes:

1. The Boot
2. Fraternity Row
3. Southwest Recreation
4. Stadium 3k

Organizations are responsible for all University Police (UPD) and other related expenses.

## WORKING WITH MINORS/YOUTHS

Working with the youth is a rewarding community service experience for many student organizations. Students that do volunteer or work with minors (17 & under) are encouraged to complete training and should register their activities with the Youth Compliance office on campus.

**These activities can include but are not limited to:**

- Mentoring or tutoring high or middle school students on or off campus
- Volunteering at summer camps or extended day enrichment programs (EDEP)
- Coaching sports or other activities
- Virtual or online conferences, workshops, or meetings

For more information please visit UF Youth Compliance Website or contact them at UF-Compliance@ufl.edu or 352-294-8720.

## TABLING

Tabling is established in four locations : **REITZ UNION, TURLINGTON PLAZA, NEWELL HALL, AND PLAZA OF THE AMERICAS**. Each organization can request to table up to 10 times in a 30 day period (per month). At your organization's table, you must not:

- Use amplified sound at either location except for a portable radio/laptop
- Use extension cords across walkways
- Block any pedestrian or vehicular traffic inclusive of building entrances
- Allow vehicles to be parked at the location

Requests for tabling reservations can be made through the Office of Event Services online reservation system. An event permit is not required for student organization tabling.

# EVENT LIABILITY

## RISK MANAGEMENT AND YOUR ORGANIZATION

Student organizations may plan events or activities that elevate exposure to risk and/or injury such as sporting events or recreational activities. It is important to take the necessary precautions in planning your activities so that if something happens, liability will not follow you. When you are performing individual tasks, make sure you exercise the same type of caution and planning. Some of the recommendations that you and your organization may choose to consider are made in this section to help you potentially avoid liability if the situation presents itself. While no risk management plan is guaranteed, these techniques and considerations should help in the risk reduction and planning process for you and your group.

In general, students participating in University sponsored events or activities may consider themselves as an "invitee" under the law. **As such, the school or sponsoring organization has a duty to exercise reasonable care to:**

1. Not injure invitees through negligent activities;
2. Warn invitees of hidden dangers;
3. Inspect the premises and venues for possible hazardous conditions;
4. Take precautions to protect invitees from foreseeable dangers;
5. Provide assistance or care to injured invitees, and;
6. Create a written plan outlining the precautions that are being taken.

**Some resources that may prove helpful for you to consider when planning your events include:**

1. Student Legal Services
2. Youth Compliance Office (for events involving minors 17 or younger)
3. Environmental Health and Safety
4. University Police Department
5. Student Engagement

## INSURANCE

**Typically, vendors must carry insurance to be approved to provide their service on campus.** Be sure when talking to vendors that they are properly insured and can provide their Certificate of Insurance (COI) to the Environmental Health and Safety office PRIOR to completing arrangements with them for your event.

Student organizations may be required to purchase additional insurance for the events and/or activities that it hosts on campus. Event insurance (also known as a TULIP policy) can provide financial protection should there be injury to attendees or volunteers, or damage to UF property during an event held on campus. This requirement may be determined by the university venue, Environmental Health and Safety office, through the event permitting process or encouraged by university advisors so the participants, your student organization and the University are protected and properly covered in case of an incident. Types of activities that may require additional insurance include but are not limited to concerts, mechanical amusement devices (inflatable novelties), motorized sporting events and boxing, wrestling, karate, or any event that has non-UF student participation. It is important that you do not misrepresent any aspect of the event or program on the permit request to avoid insurance requirements or to decrease liability exposure to ensure that the insurance company will not void its agreement with you.

For more information on TULIP and event insurance please visit the Event Liability Insurance website for UF's Environmental Health and Safety office or contact Student Engagement at studentengagement@ufsa.ufl.edu.



# TRAVEL AND YOUR ORGANIZATION

Student organizations often travel to conferences, tournaments, or plan day/field trips for their organization members and leaders. As we become more "liability conscious," students should be aware of their liability in travelling as well as the various alternatives available.

**Leaders of all organizations that intend to travel should inform their advisor and take necessary precautions to mitigate risk and create emergency procedures that are clear and complete PRIOR to travel.** This can include creating a traveler information form and report to share with a non-travelling member/advisor in case of emergencies that includes emergency contact information for each traveler, dietary restrictions, medical insurance information, notable medications, travel route, travel insurance information, car insurance information, hotel information, conference schedule, etc.

Also, visit Student Legal Services, or for legal advice and your organization's liability and/or waivers.

## SECURITY

Student organizations that are hosting events must take adequate precautions for the security of attendees at an event, as determined by the University Police Department, in conjunction with Student Engagement.

In general, the required number and type of security personnel for an event will be determined based upon projected attendance, time and location of event, description of activity planned, and the number of organizational personnel available to help monitor the event. Final determination as to the appropriate number of security personnel will be made by the University Police. Other factors which may be determined are advertising, closed vs. open event, expected crowd size, money collection, nature of crowd or program, risk assessment, and written invitations or prior ticket sales.

**NOTE: Failure to adhere to these security policies may result in the cancellation of your event.**

## MISREPRESENTATION/FRONTING

Student employees and student organizations shall not use their privileges for access to university space and services inappropriately. As an example, a student organization should never agree to reserve a meeting room for a department, non-university group, or commercial vendor who would not have access to campus or for whom there would be a fee charged.

If a non-university group of any type contacts your student organization about "co-sponsorship" for access to space or service, please contact studentengagement@ufsa.ufl.edu.

## INTERNATIONAL TRAVEL

All students and student organizations traveling abroad as part of a group with a UF Medical mission or a service program, a FAB program, or any other non-credit bearing program outside the US, must complete the Student Travel Registry and purchase health insurance through UF's International Center. For more information about registering international travel, please visit the International Center's website.

**Please visit or call Student Engagement to speak with staff member for further assistance or clarification.**







# STUDENT ENGAGEMENT

### STUDENT LIFE | UNIVERSITY OF FLORIDA

**studentengagement.ufl.edu | 352-392-1671 | @ufstudentengage**

# EXHIBIT B

 Outlook

## Re: Request for Meeting: UF Student Organization Complaint

**From** FFCR Chair <ffcrchair@gmail.com>

**Date** Wed 3/4/2026 11:10 AM

**To** Douglas, Solange <solangejdouglas@ufl.edu>

**Cc** Leemon,Andrea <leemon.andrea@ufl.edu>; nfcrchair@gmail.com <nfcrchair@gmail.com>

📎 3 attachments (8 MB)

FFCR_Charter_Revoked.pdf; CR Attachments_2026.pdf; Documentation UFCR Concerns_2026.pdf;

**[External Email]**

Good Morning Solange and Andrea,

Thank you again for taking the time to meet earlier today. Attached you will find documentation reflecting our parent organization's board decision to disaffiliate the University of Florida College Republicans and revoke the chapter's charter. The PDF also includes the relevant credentials and supporting documentation.

Additionally, please see the detailed summary and an additional document outlining the matters we discussed during our call.

Moreover, we do not believe the current faculty advisor meets the university's requirements to serve in that role. https://ask.ifas.ufl.edu/experts/ironhill

UF News Article: https://www.alligator.org/article/2025/11/uf-conservative-organizations-face-off-over-free-speech

Sincerely from,
Angel

Florida Federation of College Republicans

# EXHIBIT C



# FLORIDA FEDERATION OF COLLEGE REPUBLICANS

## Angel Aguilar

**CHAIRMAN OF FFCR**

EMAIL: FFCRCHAIR@GMAIL.COM
MOBILE: +1 (305) 333-1408
FEBBRUARY 15TH, 2026

**Official Motion for Review by the Republican Party of Florida**
**Date Passed: February 15th, 2026**
**Approval: Unanimous Vote of the FFCR Board**

Motion to Dissolve and Reorganize the University of Florida College Republicans Chapter
On February 15th, 2026, the Florida Federation of College Republicans (FFCR) Board formally passed the following motion by unanimous vote:

Motion:
The FFCR Board moves to dissolve the current University of Florida College Republicans chapter and to petition both the Republican Party of Florida (RPOF) and the University of Florida administration, as supported by the FFCR Constitution, to support the reorganization and reestablishment of the chapter under new leadership and structure.

Purpose of Motion
This action is intended to ensure the long-term strength, integrity, and effectiveness of College Republican leadership and operations at the University of Florida. The FFCR respectfully requests the support and coordination of the Republican Party of Florida in facilitating the reorganization process in accordance with governing documents and university policies. The Florida Federation of College Republicans (FFCR), as the parent organization, reserves the authority to re-charter and reestablish a College Republicans chapter at the University of Florida under new leadership and in accordance with FFCR governing documents.

Vote: Unanimous — All board members present voted in favor.

Submitted By:
Florida Federation of College Republicans Board
Date: February 15, 2026

# EXHIBIT D

**Summary of Concerns & Requested Action: UF College Republicans**

This report documents a sustained pattern of unprofessional, discriminatory, extremist, and threatening conduct by the UF College Republicans in a University of Florida affiliated student group chat, including the promotion of Nazi rhetoric, antisemitic and homophobic remarks, public admiration for extremist figures such as Nick Fuentes, and advocacy for anti-democratic and exclusionary ideologies such as a white Christian nationalism. It is unacceptable for students to use such discriminatory and hateful language in any university-affiliated communication.

After being removed from the TPUSA group chat, the UF College Republicans deliberately coordinated a lie to the entire **university community**—including students, the University of Florida administration, and *The Florida Alligator*—about the true reason for their removal. They falsely claimed they were removed over support for Tucker Carlson or minor disagreements, while intentionally concealing the real cause: extremist, pro-Nazi rhetoric and the executive board's refusal to hold members accountable.

The current advisor, Mark Bailey, is not listed in the university's faculty directory. University policy requires student organization advisors to be full-time faculty; part-time or adjunct faculty do not qualify. Currently, clarification is needed to determine whether Mr. Bailey qualifies as a full-time member as he is only a county agent.

**In light of these findings, we formally request following:**

1) Request the immediate dissolution of the UF College Republicans chapter and authorize its reinstatement under new faculty and student leadership.
2) Revoke access to all official social media accounts, including Twitter and Instagram, to prevent further misuse, misinformation, and harm.

**Section 1: Unprofessional, Discriminatory, and Threatening Conduct by the UF College Republicans**

Members of the UF College Republicans, a registered student organization, were removed by TPUSA UF from a University of Florida affiliated student group chat due to a series of unprofessional, discriminatory, extremist, and threatening conduct by UF College Republican members. It is unacceptable for students to use such discriminatory and hateful language in any university-affiliated communication.

Please see each screenshot below:

- Members of the UF College Republicans used derogatory and discriminatory language, referring to the President of UF TPUSA, a University of Florida student, as a **"virgin torta"** (a feminine slang towards latinas) in the the University of Florida group chat (Attachment #1).

- Another member of UF College Republicans used derogatory and discriminatory language in calling a fellow University of Florida student as a **"little gay man"** as part of the group's sexual discrimination in the University of Florida group chat (Attachment #2);

- Another member of  UF College Republicans wrote **"Hitler didn't go far enough"** within the University of Florida group chat (Attachment #3). Public statements by UF College Republicans on Twitter openly comparing themselves to Hitler are also saved in Attachment #3.

- Another member of UF College Republicans wrote **"Jews in power love pedos"** within the University of Florida group chat (Attachment #4);

- Another member of UF College Republicans made comments **promoting violence against women** (Attachment #5);

- Another member of UF College Republicans **advocated for the U.S. to have only a Christian government.** This is particularly alarming given their public and internal support for Nick Fuentes, who has called for purging of non-Christians from the US and promotes a white Christian nationalist state. Nick Fuentes also supports resegregating the US, the removal of women having the right to vote, and many other outdated and

problematic beliefs. This is deeply concerning since the group has posted favorably about Fuentes on official accounts, expressed support in internal chats, and have written favorable articles about him. (Attachment #6);

- Appointed Board Member Dylan P Estrella (Appointed by the UFCR Board) allegedly **performing a Nazi Salute and aligning with Nick Fuentes**. No actions have been taken by UFCR in this matter with the UF Administration (Attachment #7);

- Since getting kicked out certain members have claimed that **"Russia has more free speech"** because UF College Republicans were allegedly not allowed to call Jews pedophiles or openly wish Hitler had done more—framing basic enforcement of conduct rules as censorship (Attachment  #8).

**Section 2 - UF College Republicans Lied to the University of Florida Community Regarding their Conduct**

After being removed from the TPUSA group chat, the UF College Republicans deliberately coordinated a lie to the entire **university community**—including students, the University of Florida administration, and *The Florida Alligator* (Attachment #9)—about the true reason for their removal.

- They falsely claimed they were removed over support for Tucker Carlson or minor disagreements, while intentionally concealing the real cause: extremist, pro-Nazi rhetoric and the executive board's refusal to hold members accountable. Internal screenshots show a planned effort to mislead and lie to the public by using social media (Twitter) and Rift TV to publicly embarrass the chapter (Attachment #10).

- During this time, TPUSA was repeatedly insulted as "cucked" for refusing to defend openly pro-Nazi rhetoric, and the TPUSA executive board was labeled "vicious" and "totalitarian"  (Attachment #11). UF College Republicans **admitted to deliberately sending individuals to TPUSA meetings** to disrupt proceedings, monitor the chapter, and provoke the executive board.

- They openly discussed plans to smear TPUSA on campus, invited TPUSA members to their own meetings with the explicit goal of poaching members, and bragged about

attending meetings solely to create conflict—while simultaneously claiming they never instructed anyone to cause disruptions, **directly contradicting their own documented messages** (Attachment #12)

These actions demonstrate that the UF College Republicans executive board knowingly defended and enabled Nazi and violent rhetoric, while targeting and punishing those who attempted to address the misconduct.

**Section  3 - Documented Misconduct Report**

Additionally, there is currently an official misconduct report submitted against the UF College Republicans at the University of Florida. Given the ongoing nature of their conduct, a second report is likely to be submitted soon, indicating repeated or escalating violations of university policies.

**Section 4 - UF Professor Witnessing Anti-Semtic Statements**

Lastly, University of Florida Professor Crystal Marull has witnessed several anti-semtic statements at UF CR's event hosting The Rift, a far-right social media platform. Professor Marull has witnessed the panel making several anti-semitic comments such as referring to j-pilling multiple times and mocked the Jewish population of Boca Raton and Delray (Attachment #13). One individual within the panel was a UF student, and UF CR's openly embraced the organization's speakers.

# EXHIBIT E

Attachment #7: Screenshot of UF CR board member performing a Nazi salute and aligning himself with Nick Fuentes.



# EXHIBIT F

 Outlook

## Re: Request for Meeting: UF Student Organization Complaint

**From** FFCR Chair <ffcrchair@gmail.com>

**Date** Fri 3/13/2026 8:01 AM

**To** Leemon,Andrea <leemon.andrea@ufl.edu>

**Cc** Douglas, Solange <solangejdouglas@ufl.edu>; nfcrchair@gmail.com <nfcrchair@gmail.com>

📎 4 attachments (1 MB)
RPOF Rules of Procedure (as approved by RPOF State Executive Committee 01_10_26).pdf; FFCR Charter.pdf; 2025 FL Statutes_103.81.pdf; FFCR_Deactivation_of_Charter.pdf;

[External Email]

Thank you for your message. We greatly appreciate both of your assistance.

To clarify, chapters may only use the College Republicans name if they are officially chartered by the Florida Federation of College Republicans (FFCR), which serves as the recognized collegiate auxiliary of the Republican Party of Florida (RPOF).

Given that UF procedures allow for the suspension of a student organization's registration when its national, regional, or state parent organization revokes its charter or affiliation, we respectfully request that the University enforce the deactivation of their charter voted on by the FFCR.

For further support, under the Rules of Procedure of the Republican Party of Florida, no organization may use the name, abbreviations, or symbols of the Republican Party in connection with any club or organization without approval through a charter (Rule 1, Page 1).

Additionally, Section 103.081, Florida Statutes, prohibits the use of a political party's name in a manner that falsely implies official authorization (attached below).

As a result, only chapters that are properly chartered and recognized by FFCR are authorized to use the "College Republicans" name or related Republican Party branding in their activities, communications, or advertising.

Thank you again, and please let me know if you have any questions.

Sincerely from,

Angel Aguilar
Chairman, Florida Federation of College Republicans

# EXHIBIT G



# CHARTER

## GRANTED TO
**Florida Federation of College Republicans (FFCR)**

Whereas the Chairman of the Republican Party of Florida hereby grants this Charter in accordance with Florida Statutes and the Republican Party of Florida Rules of Procedure to the above listed organization with all rights and privileges accorded with this Charter.

**For the Term: 3/18/2025 - 3/31/2027**





**Chairman Evan Power**

# EXHIBIT H
# [excerpted]



# PARTY RULES OF PROCEDURE

As approved by the State Executive Committee on January 10, 2026

**TABLE OF CONTENTS**

**Page**

RULE 1 - Chartering Process for Republican Clubs ........................................................... 1

RULE 2 - National Committee Members.......................................................................... 5

RULE 3 - Use of Proxies ................................................................................................. 6

RULE 4 - Vacancies - Nomination for Public Office........................................................ 6

RULE 5 - Election of Precinct Committeemen and Women............................................ 7

RULE 6 - Officers of County Committees; Role and Responsibilities............................. 9

RULE 7 - Alternate County Executive Committee Members ......................................... 13

RULE 8 - Endorsements................................................................................................ 13

RULE 9 - Oath of Party Loyalty .................................................................................... 14

RULE 10 - Selection of Delegates and Alternate Delegates to the Republican National
          Convention ..................................................................................................... 15

RULE 11 - Election of State Committeemen and State Committeewomen; Role and
          Responsibilities .............................................................................................. 17

RULE 12 - Liabilities..................................................................................................... 18

RULE 13 - Indemnification............................................................................................ 18

RULE 14 - Borrowing or Lending of Funds ................................................................... 20

RULE 15 - More Than One County Position .................................................................. 20

RULE 16 - County Constitution..................................................................................... 20

RULE 17 - Republican Party of Florida Chairman and Employees' Salaries................. 20

RULE 18 - Committees and Caucuses of the Republican Party of Florida .................... 20

RULE 19 - Budget Committee Presentation.................................................................. 22

RULE 20 - Chairman's Paid Expenses .......................................................................... 22

RULE 21 - Executive Committee and Executive Board Meetings ................................. 22

RULE 22 - Settlement of Grievances ............................................................................ 23

RULE 23 - Participation in Non Republican Party Organizations .................................. 24

RULE 24 - Resolutions ................................................................................................. 24

RULE 25 - Attendance .................................................................................................. 25

RULE 26 - Republican Party of Florida Whistleblower Policy ...................................... 26

RULE 27 - Contractual Expenditures............................................................................ 26

RULE 28 - RPOF Accounting Staff................................................................................ 26

RULE 29 - At-Large Members of the State Executive Committee ................................. 26

RULE 30 - Disclosure of Affiliated Business Interests .................................................. 26

RULE 31 - Candidate Qualifying for Presidential Preference Primary .......................... 27

RULE 32 - Meetings via Electronic Means during Declared State of Emergency ......... 30

APPENDIX A REPUBLICAN PARTY OF FLORIDA WHISTLEBLOWER POLICY ................ 31

With respect to this document, whenever the singular or plural number or masculine or feminine or neutral gender is used herein it shall equally include the others as the context may require.

# PARTY RULES OF PROCEDURE

## RULE 1 - Chartering Process for Republican Clubs

A.    *Restrictions on Use of the Name, Abbreviations, and Symbols of the Republican Party*

(1)    No person or group of persons may use the name, abbreviations, or symbols of the Republican Party in connection with any club, group, association, or organization of any kind unless approval and permission have been given by the Republican Party of Florida in the form of a written charter issued under this Rule. This Rule does not apply to county Republican Executive Committees, to Republican Affiliated Party Committees, to organizations that are chartered by the Republican National Committee, or to organizations using the name, abbreviations, or symbols of the Republican Party that have been in existence and organized on a statewide basis for a period of ten years.

(2)    No member of the State Executive Committee or of a County Executive Committee may be a member or officer of any organization that has been deemed by the RPOF Chairman to be in violation of the restrictions on use of the name, abbreviations, and symbols of the Republican Party as provided for in this Rule or section 103.081, Florida Statutes.

B.    *Conditional Chartering Process for New Republican Clubs*

Any non-chartered club, group, association, or organization seeking a charter under this Rule may submit a conditional charter application including the written approval of two of the three following Republican Party officials from the county in which it is organized: County Chairman, State Committeeman, State Committeewoman. Regardless of whether the application receives written approval, it must be presented to each of the following Republican Party officials from the county in which it is organized: County Chairman, State Committeeman, State Committeewoman prior to its submission to the Republican Party of Florida. Applicants organized on a statewide basis need not obtain the written approval of the Republican Party officials in each county, but will instead require the approval of the Executive Board of the Republican Party of Florida. Upon the approval of the Chairman of the Republican Party of Florida, a conditional charter will be issued to the applicant. Each conditional charter expires on March 31 of the calendar year after the year in which it is issued. A conditional charter may be revoked at any time, without notice, and for any reason in the sole discretion of the Chairman of the Republican Party of Florida. An organization that has received a conditional charter may apply for a general charter through the general charter renewal process provided in this Rule. A conditional charter may be renewed for an additional one-year period or converted to a general charter in the sole discretion of the Chairman of the Republican Party of Florida in consultation with the applicable County Republican Executive Committee officials.

C.    *Renewal and Revocation of General Charters for Existing Republican Clubs*

(1)    All general charters issued by the Republican Party of Florida expire on March 31 of each odd-numbered year unless renewed as provided in this Rule. On or before

1

February 1 in each odd-numbered year, the Republican Party of Florida will send charter renewal information, requirements, and instructions to each chartered club, group, association, or organization with a copy to the applicable Republican State Executive Committee Members. On or before March 15, any club wishing to renew its charter must submit a general charter renewal application including the written approval of two of the three following Republican Party officials from the county or counties in which it is organized (including at least one such official in each county in which it is organized): County Chairman, State Committeeman, State Committeewoman. Regardless of whether the application receives written approval, it must be presented to each of the following Republican Party officials from the county in which it is organized: County Chairman, State Committeeman, State Committeewoman prior to its submission to the Republican Party of Florida. Upon the approval of the Chairman of the Republican Party of Florida, a new general charter will be issued to the applicant.

(2)    The Chairman of the Republican Party of Florida, in consultation with the applicable County Republican Executive Committee officials, may revoke any general charter for good cause shown subject to appeal per paragraph C.(3) of this Rule. Failure to comply with the requirements of this Rule constitutes good cause for revocation of a general charter.

Additionally, any charter for a club, group, association or organization may be revoked at any time for good cause shown by the following Republican Party officials from the County in which it is organized: County Chairman, State Committeeman, and State Committeewoman.  If all three of the Republican Party officials vote to revoke the charter, notice shall be sent to the Chairman of the Republican Party of Florida who shall revoke the charter and such revocation is final and non-appealable.

If two of the three Republican Party officials (Chairman, State Committeeman, or State Committeewoman) from the County in which the club, group, association is organized vote to revoke the charter, notice shall be sent to the Republican Party of Florida Chairman who shall revoke the charter.  Such revocation is appealable in accordance with this Rule.

(3)    Except as provided herein, the decision to revoke or not to renew a general charter may be appealed to the Republican Party of Florida as prescribed in this Rule. Any chartered club, group, association, or organization wishing to appeal a revocation or non-renewal of its general charter must submit a Notice identifying in detail the basis of its appeal within 90 days after it receives the decision to revoke or not to renew the charter. The Grievance Committee shall review all Notices of Appeal and may call for a response from any State Executive Committee members who supported the revocation of non-renewal of the general charter.

After considering the appeal, the Grievance Committee shall either: a) affirm the revocation or non-renewal (in which case there shall be no further appeal); or b) recommend to the Executive Board of the Republican Party that the revocation or non-renewal be overturned. After considering the Grievance Committee's recommendation and the merits of the appeal, the Executive Board of the Republican Party of Florida may restore and renew a general charter

2

or revert the general charter to a conditional charter. The decision of the Executive Board is final and is not subject to further appeal in any forum.

(4)    If any entity chartered under this Rule becomes inactive, has its charter revoked or fails to renew its charter, it shall not expend funds without the permission of the Republican Party of Florida and the assets of such inactive entity shall become the property of the Republican Party of Florida and then be split equally between the Republican Party of Florida and the county Republican Executive Committee in which the entity was chartered. The last officers of such entity shall be responsible for the transfer of any assets to the Republican Party of Florida, which transfer of assets shall be accomplished within 90 days from the time the entity becomes inactive or the time when its charter is no longer valid. *[This amendment is not retroactive and shall apply only to new charters issued after the effective date of this amendment 5/17/25].*

D.    *Restrictions on Activities by Chartered Republican Clubs*

(1)    Chartered Republican clubs must conduct their affairs in compliance with applicable state and federal election and campaign finance laws. No chartered club, group, association, or organization may adopt by-laws that are inconsistent with state or federal law, the Constitution or Party Rules of Procedure of the Republican State Executive Committee, or the Republican Party of Florida County Model Constitution. No chartered club, group, association, or organization may participate in intra-party differences, nor may it, in its official capacity as a chartered organization endorse, certify, screen, recommend, or support the nomination of any candidate unless the Republican Party of Florida has voted to endorse that candidate under Rule 8.

(2)    No chartered club, group, association or organization may:

- Invite a non-Republican to be a guest speaker at an official meeting or function without the approval of the Chairman of the County Republican Executive Committee in the county in which it is organized;

- Prevent a Republican Party of Florida State Executive Committee member from attending its meetings;

- Engage in activities that would require it to register with the Florida Division of Elections or the Federal Election Commission;

- Contribute to candidates except, as may be allowed by law, to the nominee of the Republican Party in a general election or to candidates that are endorsed by the Republican Executive Committee in the county in which the club is organized;

- Contribute any amount that would require it under the law to file a campaign finance report; or

3

- Issue a voter guide.

E.      *Chartered Republican Club Officer Party Loyalty Oaths and Club Requirements*

(1)      All chartered club, group, association or organization officers shall be required to sign a club officer oath of party loyalty in a similar form as that referenced in Rule 9 as referenced by example here:

> *I swear or affirm that during my term as an officer of a chartered club, group, association, or organization I will not actively, publicly, or financially support the election of any candidate:*
>
> *(1) Seeking election against the Republican Party's nominee in a partisan unitary, general, or special election that includes a Republican nominee; or*
>
> *(2) Who is not a registered Republican and is seeking election against a registered Republican in a non-partisan election, except that this provision does not apply to judicial races under Chapter 105, Florida Statutes.*
>
> *I further swear or affirm that, in my capacity as an officer of a chartered club, group, association or organization that I will not support, in a contested Republican primary election, the nomination of one Republican candidate over another, or in a nonpartisan election, the election of one registered Republican over another, unless the Executive Committee has voted to endorse that candidate in accordance with RPOF Rule 8. This provision does not preclude me from supporting in any manner my personal Republican candidate of choice in a contested Republican primary election or my personal registered Republican candidate of choice in a nonpartisan election, provided I do not express such support with public reference to my title or office within the chartered club, group, association or organization.*

(2)      Each chartered club, group, association or organization officer required by this Rule to sign an oath of party loyalty as a club officer must file the oath with each of the following Republican Party officials from the county in which the club, group, association or organization is organized: County Chairman, State Committeeman, State Committeewoman, no later than 30 days after election to party office. The party loyalty oath shall be witnessed, verified, or notarized. **[The requirement for Party Loyalty Oaths for Club Officers shall not apply retroactively and shall only apply to new officers who are elected after the effective date of this amendment 5/17/25].**

4

(3)     Every club, group, association or organization shall be required to notify the following Republican Party officials from the county in which the club, group, association or organization is organized about all of their upcoming meetings and events: County Chairman, State Committeeman, and State Committeewoman.

(4)     Every club, group, association or organization shall be required to supply an annual audit at the end of each calendar year in a format determined by the Republican Party of Florida Rules Committee and a copy of such audit shall be filed with the following Republican Party officials from the county in which the club, group, association or organization is organized prior to April 1st of the ensuing year: County Chairman, State Committeeman, State Committeewoman.

F.     *Removal of Club Officers from Office*

Any officer of a club, group, association or organization may be removed from their position as an officer for their remaining term at any time for good cause shown by all three of the following Republican Party officials from the county in which the club, group, association or organization is organized (including all of the following): County Chairman, State Committeeman, State Committeewoman. The good cause for revocation shall be referenced by these Republican Party officials in the form of a written communication to the Chairman of the Republican Party of Florida, who shall then cause the Republican Party of Florida to immediately issue the removal notice, which shall not be appealable.

## RULE 2 - National Committee Members

A.     (1)     There shall be elected by the State Executive Committee one man to serve as National Committeeman and one woman to serve as National Committeewoman to be designated the nominees from the state of Florida to serve on the Republican National Committee. The election shall be held at the Annual meeting of the State Executive Committee in each year of a presidential general election, at least fifteen (15) days prior to the presidential nominating convention of the Republican Party.

(2)     The State Chairman shall conduct the election. Candidates shall be registered Republicans in the state of Florida and shall be nominated from the floor at the time of the election. Voting shall be by written secret ballot.

B.     In the event of a vacancy in the office of National Committeeman or National Committeewoman, such vacancy shall be filled by a majority vote of the members of the State Executive Board at a duly called meeting, and the person so elected shall serve until the next annual meeting of the State RPOF Executive Committee, and provided that the term of that office shall not have expired, such vacancy shall be filled by a majority vote of the State RPOF Executive committee as provided in this Rule, and the person so elected shall serve the remainder of the term of that office.

*         *         *

# EXHIBIT I

 Outlook

**College Republicans Registration Status**

**From** SE Orgs <SEOrganizations@ufsa.ufl.edu>

**Date** Fri 3/13/2026 6:54 PM

**To** Andre, Michael <michael.andre@ufl.edu>

Hello Leaders of College Republicans,

This email serves as notice that the active registered status of College Republicans has been deactivated in GatorConnect. This follows notification to our office that the Florida Federation of College Republicans (FFCR), the recognized collegiate auxiliary of the Republican Party of Florida (RPOF), passed a motion to dissolve and reorganize the College Republicans chapter.

Based on this notification regarding the status of the chapter within its governing organization, the group has been listed as inactive in GatorConnect.

If your organization wishes to appeal this decision, you may do so by submitting a written appeal to seorganizations@ufsa.ufl.edu. Appeals must be submitted within five (5) class days of the date of this email.

Please let our office know if you have any questions.

**Andrea Leemon | Associate Director**
**Office of Community & Belonging | Student Engagement**
Division of Student Life | University of Florida
PO Box 118505 | Gainesville, FL 32611
P: 352-392-1671 | seorganizations@ufsa.ufl.edu

# EXHIBIT J



## Statements By Year

| Pages | → |

## Statements Issued By

| Pages | → |

# MESSAGE FROM PRESIDENT LANDRY

*Interim President*

March 14, 2026

The University of Florida was recently informed by the Florida Federation of College Republicans (FFCR) that it has disbanded the local chapter of College Republicans (the Local CR).  This request is based on the FFCR's findings that some Local CR members engaged in a pattern of conduct that violated its rules and values, including a recent antisemitic gesture. The FFCR also requested that the university deactivate the Local CR as a registered student organization while it looks to reorganize and pursue reinstatement under new student leadership.

The University of Florida has emphatically supported its Jewish community and remains committed to preventing and addressing antisemitism and other forms of discrimination and harassment that are threatening and disruptive to our students and to the teaching, research and expressive activities of the campus community. The university also supports the rights of organizations, such as the FFCR, to take decisive action in addressing conduct that is antithetical to its principles.

In compliance with its policies, the University of Florida is in the process of deactivating the Local CR as a registered student organization.  When the FFCR is ready, the university will also assist it with reactivating the Local CR under new student leadership.



# EXHIBIT K



# FLORIDA FEDERATION OF COLLEGE REPUBLICANS

## ANGEL AGUILAR

**CHAIRMAN OF FFCR**
EMAIL: FFCRCHAIR@GMAIL.COM
MOBILE: +1 (305) 333-1408
AUGUST 21ST, 2025

**Dear University of Florida Office of Student Engagement,**

It is with great enthusiasm that, on behalf of the Florida Federation of College Republicans (FFCR), I submit this letter of recognition to formally affiliate the University of Florida College Republicans (UF CR's) with the University of Florida's Office of Student Engagement.

The UF CR's are one of several active chapters represented by FFCR and, through our organization, by the National Federation of College Republicans. Notably, the UF College Republicans have long been integral to FFCR, making a significant impact in advancing leadership and civic engagement across Gainesville, Florida.

The UF CR's also have a strong history of civic involvement, educating and mobilizing students around the importance of voting and participation in national politics. In recognition of this legacy, FFCR is proud to continue UF CRs' affiliation, contingent upon adherence to UF's Code of Conduct, the UF CR's Constitution, and the governing principles of FFCR.

We look forward to supporting and witnessing the continued civic engagement of UF CR's as an official student organization under University of Florida's Office of Student Engagement. Should you have any questions or require additional information regarding this affiliation, please feel free to contact me at ffcrchair@gmail.com at your earliest convenience.

Sincerely from,

Angel Aguilar
Chairman of the Florida Federation of College Republicans



# EXHIBIT L



# EXHIBIT M



# EXHIBIT N

Chapters                                                                                        https://www.uscollegegop.com/about/chapter-map

COLLEGE REPUBLICANS *of America*    About⌄  Leadership⌄  News⌄  News  Campaigns  Events  Endorsements    CONTRIBUTE  MEDIA INQUIRY  🔍

# Chapters

Hover Over the Map to Select a State or Select from the Dropdown

Select State                                                                                     ⌄

## 280+ Chapters! Search Here:                                                    ● SELECT A STATE



## *Support College Republicans of America*

| $2,500 | $1000 | $500 | $250 | $100 | $50 | $25 | Other |

## Join the Fight to Take Back Education!



**COLLEGE REPUBLICANS** of America

About ⌄   Leadership ⌄   News ⌄   News   Campaigns   Events   Endorsements

**CONTRIBUTE**   **MEDIA INQUIRY**

# Florida

### Saint Leo's University

**CONTRIBUTE: Help the Florida CRs**

**Share This Info on Social Media!**

f Share     🐦 Tweet     G+ Email

### Regional Representative

### Khristian Parrish



# Regional News



**College Republicans in Wisconsin and Florida Work with Turning Point Action to Register Voters**

> Read more

**Florida Atlantic University CRs Meets with America First Senator Rick Scott**

> Read more



**SIGN UP**

**ABOUT**

About Us

Leadership

Chapters

President's Cabinet

**CAMPAIGNS**

Recruit & Run CRs for Office

Take Over Student Govs

Project Teddy

More Campaigns

**RESOURCES**

News

Privacy

**GET INVOLVED**

Events

Contribute

Contact Us

To Mail a Check, Make it Out and Send to:

**College Republicans of America**

18031 Irvine Blvd, Suite 201

Tustin, CA 92780

Copyright © College Republicans of America. Paid for by College Republicans of America and not authorized by any candidate or candidate's committee.

# EXHIBIT O

 Outlook

**State of UF College Republicans Chapter Activity**

**From** Andre, Michael <michael.andre@ufl.edu>

**Date** Sat 3/14/2026 1:24 AM

**To** SE Orgs <SEOrganizations@ufsa.ufl.edu>

📎 3 attachments (6 MB)
Constitution-3-14-2026 (1).docx; CRA Agreement.pdf; UCF FFCR Example.pdf;

Hello,

My name is Michael Andre, and I am the current President of the UF College Republicans. I wish to appeal the deactivation of our chapter.

I was told that the dissolution of our chapter was done at the behest of the Florida Federation of College Republicans (FFCR). Despite having the term "Republicans" in both of our names, **we are not in any way, shape, or form, affiliated with the FFCR.** In fact, we are currently operating under a completely different College Republican coalition, the College Republicans of America (CRA). You will find that agreement attached to this email with my signature and the date of that agreement.

Furthermore, the FFCR requires that it be stated in our constitution that we are officially chartered for them to exert any authority over us. You will also find the UF College Republicans constitution attached to this email, which has been downloaded straight from the GatorConnect website, and has our most updated constitution. You are welcome to cross-examine this in the GatorConnect website for yourself. You will see the FFCR is never once mentioned, must less listed as an affiliate of the UF College Republicans.

Additionally attached, you will find an example of what the constitution would look like if we were actually under the charter of the FFCR. This document was sent to me by the FFCR Chairman himself and is what gives them the authority to actually deactivate our club and is once again NOT in our current constitution. **I clarify yet again that this was never part of our constitution at any point. The attached example not only uses UCF instead of UF, but is also only to demonstrate that this is required by the FFCR to give them any acting authority over us, despite being the collegiate auxiliary of the Republican Party of Florida.**

The FFCR does not speak for, represent, or dictate any action of my organization. We had no history of **official or formal** involvement with the FFCR then or now. I once again appeal the decision to deactivate my organization, the UF College Republicans.

If you need any other information, please let me know.

Thank you

P.S. I apologize if you got this email twice. I wanted to make it was properly received, as I originally forwarded a version that did not include the example article needed for FFCR affiliation. Please see this email as my official appeal and response.

# EXHIBIT P

 Outlook

---

**Appeal Determination**

---

**From** SE Orgs <SEOrganizations@ufsa.ufl.edu>

**Date** Wed 2026-04-01 7:29 PM

**To** Andre, Michael <michael.andre@ufl.edu>

🔗 1 attachment (19 KB)
Appeal Determination 4.1.2026.docx;

Hello Michael,

Please see the attached appeal determination.

**Andrea Leemon | Associate Director**
**Office of Community & Belonging | Student Engagement**
Division of Student Life | University of Florida
PO Box 118505 | Gainesville, FL 32611
P: 352-392-1671 | seorganizations@ufsa.ufl.edu

Dear Michael,

This letter constitutes the University of Florida's determination of the appeal you filed on March 14, 2026.  As set forth in greater detail below, UF hereby denies the appeal.

I.    Background

On March 13, 2026, Student Engagement notified you that:

> [T]he active registered status of College Republicans has been deactivated in GatorConnect. This follows notification to our office that the Florida Federation of College Republicans (FFCR), the recognized collegiate auxiliary of the Republican Party of Florida (RPOF), passed a motion to dissolve and reorganize the College Republicans chapter.  Based on this notification regarding the status of the chapter within its governing organization, the group has been listed as inactive in GatorConnect.

This decision was based on the University of Florida's Student Organization Resource Guide.  In the Deactivation section of the Guide (page 17), it states: "An organization's registration may be suspended by Student Engagement for any one or more of the following reasons: ... d. The national, regional, or state organization revokes organization's charter or denies affiliation." The decision was also based on Section 103.081, Fla. Stat., which makes it unlawful to utilize the name of a political party without appropriate authorization. See Student Organization Resource Guide at 17 (stating that registration may be suspended for violation of "state, federal, or local law").  To be clear, the deactivation decision was not made "at the behest" of the FFCR, as you say someone told you.

II.    Basis for Appeal

In your appeal, you state that your local group has no affiliation with the FFCR and is currently operating under a different College Republican coalition -- the College Republicans of America (CRA).  In support of this position, you state that the local group's constitution does not include reference to the FFCR or look like an example of an FFCR constitution with a local chapter at another institution. You also provide two pages of an agreement between yourself and the CRA dated March 2, 2026 (CRA Agreement).

III.    Determination

As noted in the March 13, 2026 notice, the FFCR is the recognized collegiate auxiliary of the RPOF.  As the recognized college auxiliary, the FFCR has asserted that it is the parent organization of the local chapter of the College Republicans and has disbanded the local group. The information and documentation provided in your appeal fail to establish

otherwise.  It also fails to establish that your local group has authority to use the College Republican name in the State of Florida.

First, that the local group may be out of compliance with one or more FFCR requirements is not evidence that the FFCR is not the parent organization.  Even assuming the FFCR knew of this non-compliance and permitted it, this does not support your assertion that the FFCR is not the parent organization.  A local chapter's failure to comply with a parent organization's requirements does not strip the parent organization of its status as such.

Second, as referenced above, the two pages of the CRA Agreement that you produced show an execution date of March 2, 2026.  This date corroborates the FFCR's position that you sought affiliation with the CRA only after the FFCR disbanded your local group in February 2026.

Additionally, the first page of the CRA Agreement states that "CRA Charters do not conflict with university or state federation charters."  An attempt by you to affiliate with the CRA and deprive the FFCR (the federation in the State of Florida) of its status as the recognized parent organization is a conflict that the CRA Agreement explicitly prohibits.  Moreover, neither the CRA Agreement nor any other information provided with your appeal demonstrates your local group's authority to use the College Republican name absent its affiliation with the FFCR.

Under Florida law, any group using the College Republican name must have authorization from the state Republican party.  The FFCR has provided evidence that it has such authorization from the RPOF.  The local group's use of the College Republican name, including prior to March 2, corroborates the FFCR's position that it is the parent organization.   Even if it is true, as you say in your appeal, that your organization "had no history of official or formal involvement with the FFCR then or now," that would just mean your organization never had authorization from the RPOF to use the College Republican name and does not have such legally required authorization now. See Section 103.081, Fla. Stat.

IV.    Conclusion

The FFCR is the recognized collegiate auxiliary of the RPOF, the recognized parent organization of the local chapter of College Republicans, and has provided documentation and information that it disbanded the local chapter.  Your appeal fails to establish that any of the foregoing is erroneous or that the local group has authority to use the College Republican name in Florida in the absence of affiliation with FFCR.  Accordingly, your appeal is hereby denied.

# EXHIBIT Q

**This is the Constitution of the University of Florida College Republicans Chapter**

> Commented [E1]: Remove reference to larger organization

ARTICLE I. NAME OF ORGANIZATION
The name of this organization is College Republicans. This organization will utilize the acronym CRs in all publicity materials and correspondence.

ARTICLE II. PURPOSE STATEMENT
The purpose of this cub shall be to promote the principles of the Republican Party among the students of the University of Florida, to increase the membership in the club and in the Republican Party, to provide a forum for discussion and growth of the Republican Party, to provide service to the Republican Party at all levels, to aid in the election of Republican candidates at all levels of government, to develop strong leadership abilities and political skills among Republican students as preparation for future service to the Republican party and to the United States of America.

> Commented [E2]: Change to "club" (misspelling)
>
> Commented [E3]: Change to conservatism (808.12)
>
> Commented [E4]: Remove reference to republican party (808.12)
>
> Commented [E5]: Remove (808.12)
>
> Commented [E6]: Discrimination
>
> Commented [E7]: Remove

ARTICLE III. COMPLIANCE STATEMENT
Upon approval by the Department of Student Activities and Involvement, College Republicans shall be a registered student organization at the University of Florida. College Republicans shall comply with all local, state and federal laws, as well as all University of Florida regulations, policies, and procedures. Such compliance includes but is not limited to the University's regulations related to Non-Discrimination, Sexual Harassment (including sexual misconduct, dating violence, domestic violence, and stalking), Hazing, Commercial Activity, and Student Leader Eligibility.

ARTICLE IV. UNIVERSITY REGULATIONS
Section A. Non-Discrimination
College Republicans agrees that it will not discriminate on the basis of race, creed, color, religion, age, disability, sex, sexual orientation, gender identity and expression, marital status, national origin, political opinions or affiliations, genetic information and veteran status as protected under the Vietnam Era Veterans' Readjustment Assistance Act.
Section B. Sexual Harassment
College Republicans agrees that it will not engage in any activity that is unwelcome conduct of sexual nature that creates a hostile environment.
Section C. Hazing
College Republicans agrees that it will not initiate, support, or encourage any events or situations that recklessly, by design, or intentionally endanger the mental or physical health or safety of a student for any purpose including but not limited to initiation or admission into or affiliation with any student group or organization.
Section D. Responsibility to Report
If this organization becomes aware of any such conduct described in this article, College Republicans will report it immediately to Student Activities and Involvement, the Director of Student Conduct and Conflict Resolution, or the University's Title IX Coordinator.

ARTICLE V. MEMBERSHIP
Membership in this organization is open to all enrolled students at the University of Florida.

Non-enrolled students, spouses, faculty, and staff may be associate members; however, they may not vote or hold office. All members and associate members are free to leave and disassociate without fear of retribution, retaliation, or harassment.

ARTICLE VI. OFFICERS
Section A: The elected officers of College Republicans shall be Chairman, Vice-Chairman, Political Director, Treasurer, and Secretary.
Part 1: The Chairperson shall preside over all meetings of the club and all meetings of club officers and shall represent the club in official capacity.
Part 2: The Vice Chairperson shall preside in the absence of the Chairperson and shall carry out responsibilities as assigned by the Chairperson.
Part 3: The Political Director shall serve as the chief liaison between the College Republicans and all other organizations. In addition, he or she is responsible for maintaining a healthy relationship with Student Government, Florida Federation of College Republicans, and local political groups. The Political Director will manage all public relations of the club and handle communication with the press. In any case involving external relations, the Chairperson has the final say on the matter. The Political Director shall promote club events and activities to increase awareness and engagement in the club.

Part 4: The Treasurer shall make financial reports at all regular club meetings, shall coordinate fund-raising activities, shall prepare a club budget for the next academic semester, shall ensure compliance with all governmental laws and regulations governing club finances, shall receive and distribute club funds upon authorization of the Chairperson unless any club member or officer seeking reimbursement shall turn in a receipt to the Treasurer. The Treasurer shall accept receipts for the purpose of reimbursement no later than ninety calendar days from the date of purchase.
Part 5: The Secretary shall record, prepare, and make available to all members, the minutes of all regular club meetings; shall maintain current information on club officers, including school and home addresses and phone numbers; shall maintain a membership list of active and non-active members; shall coordinate the transfer of files and records to subsequent secretaries; and shall make available copies of such records to any member, given a reasonable amount of notice.
Section B: The appointed officers of College Republicans shall be Executive Director and any other offices deemed necessary by the executive board.
Part 1: The Chairperson shall appoint an Executive Director. He or she shall be a full-fledged member of the Executive Board, with voting rights.
Part 2: The Executive Director shall assist in the planning of activities of the club and the oversight of all club activities of College Republicans and shall perform other duties as may be delegated.
Part 3: All appointed positions (with the approval of a simple majority of present members) shall be members of the Executive Committee but not have a vote as with the Executive Board.
Section C: Officers shall assume their official duties at the close of the last general meeting of the academic year and shall serve for a term of one academic year and/or until their successors are elected/appointed.
Section D: Any officer of College Republicans may be removed from office through the following process:
Part 1:  Any member in good standing with the club, may bring to the floor of any duly called club meeting a call for the impeachment of any elected or appointment officer.
Part 2: An impeachment may only occur with a two-thirds majority of all members in good

**Commented [E8]:** Remove

standing at a duly called meeting as well as a unanimous vote of the Executive Board.

ARTICLE VII. ELECTIONS
Section 1. The nomination for each office shall occur in a duly called meeting at least two week in advance of the last regular business meeting of the club during the Spring semester of each academic year, in the month of April.
Section 2. Members that have attended at least five duly called meetings are eligible to be elected to office.  For the position of Chairperson, nominations can only be made from a member of the current Executive Board who has served for at least two consecutive semesters.
Section 3. Once nominations have been made and the floor closed to nominations, the Secretary will notify all club members, no later than seven days before the election date, as to all the candidates.
Section 4. Nominations for candidates for club officer positions made be made from the floor by any club member in good standing as determined by the Constitution.
Section 5. Election of officers shall be held on the last business meeting of the Spring semester of each academic year.
Section 6. Officers shall be elected by a majority vote of those registered club members present and who are in good standing with the club as determined by the Constitution. No proxy votes are allowed. The election shall be by secret ballot collected. New members must attend a minimum of five meetings and pay chapter dues before being extended voting rights.
Section 7. All ballots shall be counted aloud for all club members to witness. In the event of a tie, a recast of ballots shall then take place.
Section 8.  The announcement of each result shall be announced before the prior to the selection of the subsequent officer.
Section 9. Any candidate can appeal a decision at the time of announcement and an immediate recount will ensue. The decision is final based on the recount of ballots.
Section 10. Elections shall be presided over by the highest ranking officer not running for a position. If all officers are involved in the race, the Faculty Advisor shall preside over the election. If the Faculty Advisor is not available, the election shall be presided over by the Parliamentarian.
Section 11. The order of election of officers shall be: Chairperson, Vice Chairperson, Political Director, Treasurer, and Secretary.
Section 12. Elections will be held in the month of April.

ARTICLE VIII. FACULTY ADVISOR
Section 1. The Chairperson shall appoint a Faculty Advisor to assist the Chairperson in the planning of the club and the oversight of all club activities. His or her appointment shall be made by the first meeting of the Fall term.
Section 2. If the Faculty Advisor can no longer fulfill his or her duties, then the Chairperson shall a replacement Faculty Advisor with all expedience.
Section 3. The Faculty Advisor will serve a one year term but the same person can serve an unlimited number of terms.

> **Commented [E9]:** Change to one-year

ARTICLE IX. FINANCE
The College Republicans will require a membership fee of no more than $25 per semester. The fee will cover the cost of printing media (fliers, brochures, etc.), applying and registering for

conventions, registrations pertaining to the club that may require such funding, or general club activities. The membership fee must be paid on or before the day of the club elections.

**Commented [E10]:** Remove for SG funding

ARTICLE X. DISSOLUTION OF ORGANIZATION
In the event this organization dissolves, all monies left in the treasury, after outstanding debts and claims have been paid, shall be donated to the College Republican National Committee.

ARTICLE XI. STANDING COMMITTEES
 Section 1. The standing committees of the club shall be Executive, Membership, Communications and Policy.
Section 2. The Executive Committee shall determine the requirements for good membership standing, in accordance with the guideline in Section 3 of this Article.
Section 3. The Membership Committee, if needed, shall be presided over by the Vice Chair. This committee shall be responsible for the maintenance of the membership database, and shall provide all needed membership information to the Executive Committee. The Membership Committee shall be responsible for the recruitment of new members through tabling and other methods.
Section 4. The Communications Committee, if needed, shall be presided over by the Secretary. The committee shall be responsible for the notification about regular and special club events and meetings. The committee shall also be responsible for the newsletter of the club and its publication.
Section 5. The Publicity Committee shall be presided over by the Political Director. This committee shall be responsible for the placement of flyers and handing out of special notices from the club.

ARTICLE XII. REGULAR BUSINESS MEETINGS
Section 1. The club shall hold regular business meetings not less than once a month during the Spring and Fall academic semesters.
Section 2. Meetings shall be held at the call of the Chairperson or any of four Executive Board members or upon written and signed request of one quarter of club members in good standing, or by a majority vote of the members present at a duly called meeting. Notice of a regular meeting shall be given to all club members in the most complete manner practical, not less than three days prior to the meeting.
Section 3. A quorum for regular meetings shall be 25% of all members in good standing, as determined by the Executive Committee.
Section 4. The club will always have a default to Robert's Rules of Order for the procedural settings of the meetings unless voted on by a simple majority to carry the meeting in a different format.

ARTICLE XIII. CONVENTIONS
Section 1. The Executive Committee shall submit the proper information and fees for credentials to the state-level organization of College Republicans before the due date as defined in that organization's constitution.

**Commented [E12]:** May be violation of 802.3

Section 2.  The Chairperson shall be an automatic voting candidate to all state conventions that the University of Florida is allowed to attend.
Section 3. The Chairperson shall be the official spokesman of the club in all Convention

activities.

Section 4. All other voting delegate positions shall be filled by election of the club by simple majority.

Section 5. The Chairperson shall announce the votes for the club on the Convention floor, according to procedure defined in the state-level College Republicans Constitution.

Section 6. The requirements for nomination to any state-level College Republicans organization elected officer for any member shall be: They must be a member in good standing as defined by Article V. They shall be required to obtain the endorsement of a two-thirds majority of members in good standing at a regular business meeting called pursuant to Article XII.

ARTICLEXIV. ADDITIONAL MEMBERSHIP REQUIREMENTS

The good membership requirement (or good standing) shall be: dues of no more than $25 per semester, and attendance at five duly called club meetings. These requirements must be stated by the Chairperson at the first duly called meeting of the each semester and cannot be changed until the first duly called meeting of the next semester.

Commented [E13]: Remove for SG funding

Commented [E14]: remove

ARTICLE XV. AMENDMENTS TO CONSTITUTION

Section 1. Any member in good standing may bring forth a statement of some conviction that they feel the club should share. The resolution will be adopted by a simple majority of the present members in good standing and kept in the permanent cub files maintained by the Secretary.

Section 2. All members in good standing may propose amendments to this Constitution by presenting the amendment to the Executive Board at least two weeks before the member intends to bring the amendment to the floor. The Chairperson will bring the amendment to the floor and debate will begin with the Chairperson being the moderator of debate following Robert's Rules of Order. An amendment shall be adopted upon an affirmative vote of two-thirds of the entire membership in good standing through secret ballot. Upon passage, the Secretary will make the proper correction to the Constitution. Only a two-thirds vote of the entire membership in good standing, through secret ballot, can nullify this Constitution.

# EXHIBIT R



STATUS

## Completed

Last Updated: 07/08/2021 10:35 AM

💬 New public note, click here!



ADDITIONAL DOCUMENTS

⬇ VIEW APPLICATION SUBMISSION (/FORMWIZARD/ED126DA1-4EE0-48F5-9983-495E...

⬇ DOWNLOAD APPLICATION SUBMISSION (/FORMWIZARD/ED126DA1-4EE0-48F5-998...



UPLOAD DOCUMENTS                                                                ❶

Browse... No files selected.

Upload

## Creator Details

**First Name**

Logan

**Last Name**

Warren

**Student ID**

████████

**Email**

loganwarren@ufl.edu

**Phone**

## Organization Type Details

**Organization Type ID**

28

**Organization Type Name**

Non-Registered Org 2019-20

**Organization Type ID**

30

**Organization Type Name**

Non-Registered Org 2020-21

**Organization Type ID**

**Organization Type Name**

1

Registered Student Organization - General (RSO)

**Organization Type ID**

6

**Organization Type Name**

Registered Student Organization - Sponsored (RSO SPON)

**Organization Type ID**

3

**Organization Type Name**

Registered Student Organization - Sport Clubs Council (RSO SCC)

**Organization Type ID**

24

**Organization Type Name**

RPB / GatorNights

## Registration Period Details

**Registration Period Name**

2021-22 Re-Registration

**Registration Period Description**

**Registration Period Starts On**

07/01/2022 12:00 AM

**Registration Period Ends On**

07/02/2022 04:00 PM

## Organization Information  Created By: Logan Warren, Created On: 07/03/2021 05:46 PM

**Organization Name**

College Republicans

**Acronym**

UFCRs

Organization Registration Management - GatorConnect - University of F...          https://orgs.studentinvolvement.ufl.edu/AdminRegistration/Detail/5329

**Purpose Statement**

We are the official voice of the Republican Party at the University of Florida.

**Signature Events and Activities**

Annual Fall CR BBQ
Watch Parties
Political Speaker Events
Professional Political Training Courses
Annual trip to CPAC in Washington DC
Bi-annual CRNC convention in Washington DC
Florida Federation of College Republican Quarterly Conferences throughout the state

**Preferred Email**

UFCollegeRepublicans1776@gmail.com

**Organization Website**

https://ufcrs.wordpress.com

**Election Month**

April                                                                                              ⌄

**Dues**

☐ -- check box if your organization charges membership dues

**Organization Affiliation**

Republican Party

**Social Media**

Social Media Accounts:                                                                            ⌄

 Twitter https://twitter.com/@ufcr (https://twitter.com/@ufcr)                              ✖

**f** **Facebook** https://facebook.com/ufgop/ (https://facebook.com/ufgop/)          ✖

**⊙** **Instagram** https://instagram.com/ufcollegerepublicans (https://instagram.com/ufcollegerepublicans)          ✖

SAVE          ↺ REVERT CHANGES     Registration is Completed

## Organization Officers Information

| Position Title | First Name | Last Name | Student ID | Email | Actions |
|---|---|---|---|---|---|
| President | Logan | Warren | ███████ | loganwarren@ufl.edu | ⇄ REPLACE |
| Vice President | Branyon | Skinner | ███████ | branyonskinner@ufl.edu | ⇄ REPLACE |
| Treasurer | Ambree | Sandell | ███████ | ambree.sandell@ufl.edu | ⇄ REPLACE |
| Secretary | Matthew | Turner | ███████ | matthew.turner@ufl.edu | ⇄ REPLACE |

✚ ADD ADVISOR

## Organization Advisor Information You Must Provide Advisor Information In Order To Complete Registration!

| Advisor # | Directory Email Address | Full Name | Action |
|---|---|---|---|
| Advisor 1 | forlando@ufl.edu | Frank Orlando | |

SAVE



## ⅂ Workflow

SUPER APPROVE    SUPER DENY

On 07/07/2021 05:23 PM, Status have been move to Step: Phase 1, Status: Pending

On 07/08/2021 10:35 AM, This item have been Super Approved

**Step**

1    Phase 1                                        ⊕ ADD MULTIPLE ONE-TIME APPROVERS

Pending                                                                    ⏸

Approved

Denied

⟲ SHOW WORKFLOW HISTORY DETAIL

**Copyright © 2026 UFIT.** All rights reserved.

# EXHIBIT S



STATUS

**Completed**

Last Updated: 09/07/2022 12:59 PM

💬 New public note, click here!



ADDITIONAL DOCUMENTS

⬇ VIEW APPLICATION SUBMISSION (/FORMWIZARD/6E5E2829-2BCE-4E6D-BBE6-7030...

⬇ DOWNLOAD APPLICATION SUBMISSION (/FORMWIZARD/6E5E2829-2BCE-4E6D-BBE...



UPLOAD DOCUMENTS                                                                ℹ

Browse...   No files selected.

Upload

## Creator Details

**First Name**

Matthew

**Last Name**

Turner

**Student ID**

████████

**Email**

matthew.turner@ufl.edu

**Phone**

## Organization Type Details

**Organization Type ID**

30

**Organization Type Name**

Non-Registered Org 2020-21

**Organization Type ID**

31

**Organization Type Name**

Non-Registered Org 2021-22

**Organization Type ID**

**Organization Type Name**

1

Registered Student Organization - General (RSO)

**Organization Type ID**

6

**Organization Type Name**

Registered Student Organization - Sponsored (RSO SPON)

**Organization Type ID**

3

**Organization Type Name**

Registered Student Organization - Sport Clubs Council (RSO SCC)

## Registration Period Details

**Registration Period Name**

2022-23 Re-Registration (Fall)

**Registration Period Description**

**Registration Period Starts On**

07/01/2022 12:00 AM

**Registration Period Ends On**

09/16/2022 12:00 PM

## Organization Information Created By: Matthew Turner, Created On: 07/03/2022 07:25 PM

**Organization Name**

College Republicans

**Acronym**

UFCRs

**Purpose Statement**

We are the official voice of the Republican Party at the University of Florida.

Organization Registration Management - GatorConnect - University of F...          https://orgs.studentinvolvement.ufl.edu/AdminRegistration/Detail/6516

**Signature Events and Activities**

Annual Fall CR BBQ
Watch Parties
Political Speaker Events
Professional Political Training Courses
Annual trip to CPAC in Washington DC
Bi-annual CRNC convention in Washington DC
Florida Federation of College Republican Quarterly Conferences throughout the state

**Preferred Email**

UFCollegeRepublicans1776@gmail.com

**Organization Website**

https://ufcrs.wordpress.com

**Election Month**

April ⌄

**Dues**

☐ -- check box if your organization charges membership dues

**Organization Affiliation**

Republican Party

**Social Media**

Social Media Accounts: ⌄

🐦 **Twitter** https://twitter.com/@ufcr (https://twitter.com/@ufcr)                    ✖

f **Facebook** https://facebook.com/ufgop/ (https://facebook.com/ufgop/)                    ✖

Organization Registration Management - GatorConnect - University of F...          https://orgs.studentinvolvement.ufl.edu/AdminRegistration/Detail/6516

| ⊙ **Instagram** https://instagram.com/ufcollegerepublicans (https://instagram.com/ ufcollegerepublicans) | ✖ |

SAVE   ↺ REVERT CHANGES    Registration is Completed

## Organization Officers Information

| Position Title | First Name | Last Name | Student ID | Email | Actions |
|---|---|---|---|---|---|
| President | Matthew | Turner | ▉ | matthew.turner@ufl.edu | ⇄ REPLACE |
| Vice President | Ellie | Shreve | ▉ | ellieshreve@ufl.edu | ⇄ REPLACE |
| Treasurer | Harrison | Feld | ▉ | harrison.feld@ufl.edu | ⇄ REPLACE |
| Secretary | Isabella | Contopoulo | ▉ | Icontopoulo@ufl.edu | ⇄ REPLACE |

✚ ADD ADVISOR

## Organization Advisor Information **You Must Provide Advisor Information In Order To Complete Registration!**

| Advisor # | Directory Email Address | Full Name | Action |
|---|---|---|---|
| Advisor 1 | forlando@ufl.edu | Frank Orlando | |

SAVE

4 of 5                                                                                                    3/14/26, 4:52 PM

## ⚘ Workflow

SUPER APPROVE    SUPER DENY

On 07/03/2022 08:43 PM, Status have been move to Step: Phase 1, Status: Pending

On 09/07/2022 12:59 PM, This item have been Super Approved

**Step**

( 1 )    Phase 1                                    ⊕ ADD MULTIPLE ONE-TIME APPROVERS

Pending                                                            ⏸

Approved

Denied

↺ SHOW WORKFLOW HISTORY DETAIL

**Copyright © 2026 UFIT.** All rights reserved.

# EXHIBIT T

https://x.com/UFCR [April 1, 2026]



# EXHIBIT U

https://x.com/UFCR/status/2036679525547794888

